IN THE UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Appellee, | ) | |
| | ) | |
| v. | ) | APP. NO. 17-2536 |
| | ) | |
| WAYNE A.G. JAMES, | ) | |
| | ) | |
| Appellant. | ) | |
| _____ | ) | |

## APPELLANT'S RESPONSE TO GOVERNMENT'S MOTION TO EXPEDITE APPEAL

Appellant Wayne James, by and through his counsel, Omodare B. Jupiter, Federal Public Defender for the District of the Virgin Islands and Brendan A. Hurson, Assistant Federal Public Defender, hereby responds to the government's request for an expedited briefing schedule. Though he does not concur that "exceptional reasons exist for expediting this appeal, Motion to Expedite, 1, Mr. James nevertheless does not oppose the timeline proposed by the government. However, he writes to clarify some continued inaccuracies that plague this, and other, government filings.

As it has done in prior filings, the government again incorrectly implies that Mr. James somehow contributed to alleged pre-trial delay.  <u>See</u> Motion to Expedite, 2. Mr. James was indicted in October of 2015, more than four years after the date of the charged scheme to defraud. At the time of his indictment, Mr. James lawfully resided in Italy.  He was not hiding or fleeing arrest, and his location was easily ascertained by the government.  Once arrested in Italy, he did not contest extradition.  He remained in custody and was not brought to the District Court of the Virgin Islands for his initial appearance until August 25, 2016, just one (1) year ago.  Mr. James retained private counsel who moved to withdraw in November, 2016.  The Federal Public Defender was appointed on November 17, 2016, the week before the Thanksgiving holidays.  The government provided counsel with tens of thousands of pages of discovery and then sought to have the case tried in January, 2017. Defense counsel asked for a date in April, 2017.  The district court rescheduled trial for February, 2017.

The government also wrongly implies that Mr. James' motion to dismiss and/or suppress, the subject of this appeal, was somehow untimely-filed.  Motion to Expedite, 2-3.  This argument was never raised before the lower court.  As the record reflects, the government had ample time to address Mr. James' motion and at no point during the oral arguments on the motion did the government allege that the date of the filing somehow caused it unfair prejudice.

Mr. James does not oppose the schedule requested by the government: **Appellant's opening brief on or before September 22, 2017; Government's answering brief by October 13, 2017; Appellant's reply brief by October 27, 2017.**

OMODARE B. JUPITER
FEDERAL PUBLIC DEFENDER
*/s/ Omodare B. Jupiter*
OMODARE B. JUPITER
Federal Public Defender
4094 Diamond Ruby, Suite 5
Christiansted, VI 00820
Tel (340) 773-3585
Fax (340) 773-3742
E-mail: Omodare_jupiter@fd.org

/s/ Brendan A. Hurson
BRENDAN A. HURSON
Asst. Federal Public Defender
1336 Beltjen Rd., Suite 202
St. Thomas, VI 00802 Tel
(340)774-4449
Fax (340)776-7683
E-mail: Brendan_Hurson@fd.org

## CERTIFICATE OF SERVICE

I, OMODARE JUPITER, do hereby certify that I caused the foregoing to be electronically filed through the CM/ECF system with the Honorable Marcia Waldron, Clerk, United States Court of Appeals for the Third Circuit, 21400 U.S. Courthouse, 601 Market Street, Philadelphia, PA 19106, and that counsel for the government, Amanda R. Vaughn, Justin D. Weitz, and Delia Smith are registered users of this Court's CM/ECF system and will therefore receive notice of this filing.

/s/ Omodare B. Jupiter
Omodare B. Jupiter
Federal Public Defender

## <u>CERTIFICATE BAR MEMBERSHIP</u>

I, OMODARE JUPITER, do certify that Attorney Brendan Hurson and I are employees of the Office of the Federal Defender, District of the Virgin Islands, and as such are not required to be a member of this Court.

Respectfully submitted,

OMODARE B. JUPITER
FEDERAL PUBLIC DEFENDER

*/s/ Omodare B. Jupiter*

OMODARE B. JUPITER
Federal Public Defender
4094 Diamond Ruby, Suite 5
Christiansted, VI 00820
Tel (340) 773-3585
Fax (340) 773-3742
E-mail: Omodare_jupiter@fd.org

*/s/ Brendan A. Hurson*
BRENDAN A. HURSON
Asst. Federal Public Defender
1336 Beltjen Rd., Suite 202
St. Thomas, VI 00802 Tel
(340)774-4449
Fax (340)776-7683
E-mail: Brendan_Hurson@fd.org