No. 17-1331

IN THE
UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

UNITED STATES OF AMERICA,
Appellee,

v.

WAYNE A.G. JAMES,
Appellant.

APPEAL FROM THE UNITED STATES DISTRICT COURT OF THE

VIRGIN ISLANDS, DIVISION OF ST. THOMAS AND ST. JOHN

APPELLANT WAYNE A.G. JAMES - APPENDIX III
PAGES 232-404

OMODARE JUPITER
Federal Public Defender
1115 Strand Street, 2nd Floor
Christiansted, VI 00820
Tel (340) 773-3585
Fax (340) 773-3742

BRENDAN A. HURSON
Assistant Federal Public Defender
1336 Beltjen Rd., Suite 202
Charlotte Amalie, VI 00802
Tel: (340) 774-4449
Fax:  (340)776-7683

*Counsel for Appellant Wayne A.G. James*

# APPENDIX TABLE OF CONTENTS

## VOLUME I

NOTICE OF APPEAL.........................................................................1

COURT ORDER (TRANSCRIPT EXCERPT) ........................................3

## VOLUME II

DOCKET ENTRIES ........................................................................12

INDICTMENT [1] ..........................................................................33

MOTION TO DISMISS INDICMENT [87] ...........................................40

DEFENDANT'S MOTION TO FILE SUPPLEMENT UNDER SEAL [88] .......83

GOVERNMENT'S PROPOSED JURY INSTRUCTIONS AND
VERDICT FORM [93] .....................................................................86

GOVERNMENT OPPOSITION TO MOTION TO DISMISS [103]...................106

OMNIBUS HEARING TRANSCRIPT...................................................133

## VOLUME III

DEFENDANT'S MOTION TO FILE EXHIBIT UNDER SEAL [109] ............232

GOVERNMENT MEMORANDUM IN SUPPORT OF
OPPOSITION TO MOTION TO DISMISS [114].................................235

DEFENDANT'S NOTICE OF FILING RESPONSE
TO COURT'S ORAL ORDER [119]..................................................242

DEFENDANT'S MOTION TO SUPPLEMENT THE RECORD [120].............249

DEFENDANT'S SUPPLEMENT DATED MARCH 16, 2017[141]..................254

## VOLUME IV – UNDER SEAL

DEFENDANT'S UNREDACTED MOTION TO DISMISS [92].......................405

GRAND JURY TRANSCRIPT...........................................................................431

IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS & ST. JOHN
* * *

UNITED STATES OF AMERICA,      )
                    Plaintiff  )
                               )
          V.                   )
                               )
                               )      NO. 15-CR-42
WAYNE A.G. JAMES               )
                               )
          Defendant.           )

## MOTION TO FILE EXHIBIT UNDER SEAL

Now comes the defendant, Wayne James, by and through his counsel, and hereby moves this Honorable Court for an Order to file Under Seal Ex. 2 to his Letter Supplement to Motion to Suppress. The attachment, to be filed as a Proposed Sealed Document, is a grand jury transcript that should not be available to the public at this time.

Respectfully submitted,

OMODARE B. JUPITER
FEDERAL PUBLIC DEFENDER

*/s/ Omodare B. Jupiter*
OMODARE B. JUPITER
Federal Public Defender
1115 Strand Street
St. Croix, VI 00820
Tel (340) 773-3585
Fax (340) 773-3742
E-mail: Omodare_jupiter@fd.org

*/s/ Brendan A. Hurson*
BRENDAN A. HURSON
Assistant Federal Public Defender
1336 Beltjen Rd., Suite 202
St. Thomas, VI 00802

Tel (340)774-4449
Fax (340)776-7683
E-mail: Brendan_Hurson@fd.org

## CERTIFICATE OF SERVICE

I, HEREBY CERTIFY that on the 7th day of February, 2017 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Ronald W. Sharpe
United States Attorney

Amanda R. Vaughn
Justin D. Weitz
Trial Attorneys
Public Integrity Section
U.S. Department of Justice
1400 New York Ave. NW, 12th Floor
Washington, D.C. 20005
(202) 616-4530 (office)
(202) 714-4232 (cell)
Amanda.vaughn@usdoj.gov
Justin.Weitz@usdoj.gov

*/s/ Omodare B. Jupiter*

IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS & ST. JOHN

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff | ) |
| | ) |
| V. | ) |
| | ) |
| | )    NO. 15-CR-42 |
| WAYNE A.G. JAMES | ) |
| | ) |
| Defendant. | ) |

**[PROPOSED] ORDER ON MOTION TO SEAL EXHIBIT**

For the reasons contained in Wayne James' Motion to File
Exhibit Under Seal, it is HEREBY ORDERED that the Motion is
**GRANTED**.

_____
Honorable Curtis V. Gomez

## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **v.** | ) | **Criminal No. 15-42-CVG-RM** |
| | ) | |
| WAYNE A.G. JAMES, | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

### UNITED STATES' MEMORANDUM IN SUPPORT OF OPPOSITION TO DEFENDANT'S SUPPLEMENTAL MEMORANDUM

The defendant is asking this Court to hold that any request he submitted for money to the Legislature, with a mere assertion that it was in preparation for legislation, is a protected legislative act. The defendant is also asking this Court to hold that, merely because he can relate his requests to bills and hearings on similar topics that the Legislature passed and held, his requests are protected. The defendant's positions contravene well-established Supreme Court and Third Circuit precedent, and the grand jury testimony and additional bill—which appears to be a bill covering the same issue as the bill in Exhibit 1 attached to the defendant's original motion—the defendant has provided does not change the fact that the defendant is charged with stealing money and failing to take any official acts, let alone legislative ones. *See United States v. Brewster*, 408 U.S. 501, 516 (1972) (ruling that legislative immunity does not extend to "include all things in any way related to the legislative process" because "[g]iven such a sweeping reading, we have no doubt that there are few activities in which a legislator engages that he would be unable somehow to 'relate' to the legislative process").

Asking for and receiving money from the Legislature is not a legislative act. The Third

Circuit made that clear in *Lee*. *Government of the Virgin Islands v. Lee*, 775 F.2d 514, 524 (3d Cir. 1985) (noting that "[c]learly the request [for reimbursement for travel expenses] in itself is not legislative" where the request was alleged to have misrepresented the trip as involving meetings for legislative purposes). In addition, the act of paying the defendant is not sufficiently integral to the enactment of legislation to constitute a legislative act. *U.S. ex rel. Hollander v. Clay*, 420 F. Supp. 853, 856 (D.D.C. 1976) (rejecting the claim that the act of being paid for travel between Washington, D.C. and a Congressman's home district was protected because "of the pay function's dubious connection with the deliberative and communicative processes that make up protected legislative activities"). It does not matter if the defendant asserts that the money is intended to facilitate a legislative act—which, here, is inconsistent with the charges and the evidence. Getting money is not an "integral part of the deliberative and communicative processes" by which legislators "participate in committee and [legislative] proceedings with respect to the consideration and passage or rejection of proposed legislation," *Gravel v. United States*, 408 U.S. 606, 625 (1972). Using legislature funds for personal expenses is a manifestly non-legislative act, no matter the pretense under which it was obtained. *See United States v. Rostenkowski*, 59 F.3d 1291, 1303 (D.C. Cir. 1995) (finding prosecution of Congressman for misappropriating congressional funds for personal use did not violate the Speech or Debate Clause).[1]

---

[1] In *Rostenkowski*, the defendant argued that because his staffing decisions are protected by the Speech or Debate Clause the government could not prosecute him for putting individuals on his payroll but diverting their salaries to his personal use. *Rostenkowski*, 59 F.3d at 1302-03. The court rejected this claim, in part because putting the individuals on his payroll appeared to be "a mere pretext for their payment out of congressional funds." *Id.* at 1303. The defendant similarly is relying on the pretext that the funds were for legislative acts to claim he is protected here. That is not sufficient to meet his burden.

Moreover, the defendant has failed to satisfy his burden of demonstrating that where he did obtain documents—which, as the Government alleges, was rare and predated his service in the Legislature—it was a protected legislative act. In fact, he has not identified with any specificity which documents he is claiming he obtained for the purpose of enacting legislation, and how such documents are part of the Government's prima facie case. His inability to do so should end the inquiry there. The defendant continues to put bills focused on commemorating the Fireburn in front of this Court to distract it from what is really at issue. The defendant is not charged with introducing a bill or holding a committee hearing. The Government does not plan to introduce any evidence that he did so. The issue in this case is whether the defendant's representations to the Legislature that he needed money to get documents were false, and the Government intends to prove that they were. That does not require proof of bills or hearings.

Further, the act of getting a document from Denmark through informal channels is not a manifestly legislative act. *United States v. Menendez*, 831 F.3d 155, 166 (3d Cir. 2016) (describing manifestly legislative acts to include voting on a bill and participating in committee hearings). If legislative at all it is only because it was done for the purpose of enacting legislation. *Brewster*, 408 U.S. at 514. This means that, at most, getting documents informally is ambiguously legislative, and the defendant must demonstrate it is legislative in fact. *Menendez*, 831 F.3d at 167 ("Only after we conclude that it is in fact legislative must we refrain from inquiring into a legislator's purpose or motive."); *Lee*, 775 F.2d at 522, 524 (remanding for further findings where the district court concluded the defendant was charged for engaging in legislative acts "without making any specific factual findings concerning the legislative nature of these activities"). Moreover, even if getting a document from Denmark is legislative in fact, arranging for payment to third-parties or negotiating prices for those documents—even if necessary to obtain

them—cannot seriously be deemed an integral part of the legislative process. *See United States v. McDade*, 28 F.3d 283, 299 (3d Cir. 1994) (finding that although travel to and from a location where legislative acts are performed is a "precondition for the performance of these acts," they are "not an integral part of Congress's deliberative and communicative processes"); *Hollander*, 420 F. Supp. at 856 (rejecting the claim that the act of being paid for travel between Washington, D.C. and a Congressman's home district was protected because "of the pay function's dubious connection with the deliberative and communicative processes that make up protected legislative activities").

The only evidence the defendant submits to support his claim that his receipt of documents is legislative in nature are the false representations he made to the Legislature to get the money, proposed bills and hearings related to the commemoration of Fireburn, and his senior advisor's grand jury testimony about what he *intended* to do in relation to Fireburn. The defendant's characterization of his requests for money to the institution controlling disbursement is not dispositive. *See Menendez*, 831 F.3d at 171 ("That Senator Menendez framed those meetings using the language of policy does not entitle them unvaryingly to Speech or Debate protection."). And promises of future legislative acts are not protected—for example, saying he *will* get documents or saying he *will* introduce legislation. *See, e.g.*, *United States v. Helstoski*, 442 U.S. 477, 490 (1979) ("But it is clear from the language of the Clause that protection extends only to an act that has already been performed. A promise to deliver a speech, to vote, or to solicit other votes at some future date is not 'speech or debate.' Likewise, a *promise* to introduce a bill is not a legislative act." (emphasis in original)).

Further, none of the evidence the defendant offers overcomes the evidence the Government provided of the defendant's contemporaneous emails to individuals who were *not* controlling the

disbursements of funds that demonstrated, where he did receive work, it was for personal projects. In fact, the bills the defendant offers—including the proposed bill he has just used to supplement the record—are about having a holiday to commemorate the Fireburn, not about bringing documents back to the Virgin Islands. And the defendant has not provided any evidence that the documents he obtained from Denmark were an "integral part of the deliberative and communicative processes" by which the Legislature was considering that bill. If a legislator can protect his conduct by finding some bill or hearing on a similar topic, the Supreme Court's clearly articulated limitations on the privilege would be eviscerated. *Brewster*, 408 U.S. at 516 ("Given such a sweeping reading, we have no doubt that there are few activities in which a legislator engages that he would be unable somehow to 'relate' to the legislative process."); *id.* at 528 (finding speech or debate immunity does not protect "inquiry into a legislature's activities simply because the activities have 'some nexus to the legislative functions' or 'casually or incidentally relate to legislative affairs.'").

The defendant's provision of an additional bill related to Fireburn does not protect his fraudulent scheme in this case, and his senior advisor's testimony about what he *intended* to do with documents is nothing more than a promise of future legislative acts. The defendant's motion to dismiss should be denied.

Respectfully submitted,

Ronald W. Sharpe
United States Attorney

Raymond Hulser
Chief, Public Integrity Section

Dated: February 7, 2017      By:     /s/ Amanda R. Vaughn
                                Justin D. Weitz

Amanda R. Vaughn
Trial Attorneys

Delia Smith
Assistant United States Attorney

**Certificate of Service**

     **I HEREBY CERTIFY** that on this 7th day of February, 2017, I electronically filed the foregoing **United States' Memorandum in Support of Opposition to Defendant's Supplemental Memorandum** with the Clerk of the District Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Omodare B. Jupiter
Federal Public Defender
Brendan Hurson
Assistant Federal Public Defender
1115 Strand Street
St. Croix, VI 00820
**Attorney for Defendant Wayne A.G. James**


                By:    /s/Amanda R. Vaughn
                      Justin D. Weitz
                      Trial Attorney
                      Department of Justice
                      Public Integrity Section
                      1400 New York Ave NW
                      Washington, DC 20005
                      Phone – 202.514.1412
                      Justin.weitz@usdoj.gov

IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS & ST. JOHN
* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| V. | ) |
| | ) CASE NO. 15-CR-42 |
| | ) |
| WAYNE A.G. JAMES | ) |
| | ) |
| Defendant. | |

## NOTICE OF FILING RESPONSE TO COURT'S
## ORAL ORDER OF FEBRUARY 7, 2017

NOW COMES, defendant WAYNE A.G. JAMES, by and through his counsel, the Office of the Federal Public Defender and submits this response to the Court's oral order permitting the undersigned until 3:30 pm of February 7, 2017, to submit additional evidence in support of our Motion to Dismiss or in the alternative, for suppression [Doc 87].

A copy of the bill drafting request for Fireburn-related legislation made by then Senator Wayne James is attached as **Ex. 1 (Bill Drafting Request and Pre-emption Letter).** The document was emailed to our office from the Legislature's Assistant Archivist.

The document establishes that on April 22, 2009 - the same day as one of the funding requests for Fireburn - related documents relied on by the government at this morning's hearing - Mr. James submitted proposed legislation related to

the Fireburn. It establishes that both Mr. James, or a legislative aide to Mr. James, was to be contacted to discuss the request if necessary. This document, along with the additional evidence submitted as attachments to our original motion (and admitted into the record) establish that Mr. James' procurement of documents (including discussions with document-holders, negotiations related to delivery of the documents, and similar fact-finding efforts) are immune from inquiry under the Speech or Debate clause.

Further, the attached memo from the Deputy Legal Counsel (also received the afternoon of February 7) "pre-empting" Mr. James' bill in favor a request submitted by another Senator (believed to be V.I. Senate Bill 28-0159) further explains why Mr. James' research and document-production are protected acts. _Id._ at 3. This bill was assigned to Mr. James' committee, and was discussed and debated in committee and on the floor of the senate. Since his own Fireburn bill was pre-empted (i.e., removed from consideration) by Senator Nelson's, Mr. James' investigation and document collection were directly related to both Mr. Nelson's Fireburn bill and Mr. James' centennial celebration legislation, both attached to the Motion to Dismiss and signed into law in 2010. Thus, his legislative fact-finding efforts in furtherance of both of these bills and potential amendments, including

conversations, memoranda, letters, and emails related to securing, paying for, and translating material relevant to that legislation is protected under "speech or debate" immunity. See Gov't of Virgin Islands v. Lee, 775 F.2d 514, 521 (3d Cir. 1985).

Also attached (under Seal) is the complete Grand Jury testimony of a legislative aide to Mr. James. See **Ex. 2 (UNDER SEAL)**. We draw the Court's attention to the section beginning on page 19, wherein that aid is asked by the government about the Fireburn project. In the course of answering, the aid explains – again, at the request of the government – that the Fireburn documents are needed to "draft legislation" related to Fireburn. Tr. at 22. The aide goes on to connect this legislative purpose to the specific allegations in this case by explaining precisely how the documents were requested (_Id._ at 22-23), and how much they cost. _Id._ at 22-25.

WHEREFORE, these additional documents, added to the exhibits already submitted to the Court as attachments to the Motion to Dismiss establish that the government's case necessarily rests on "speech or debate" as interpreted by relevant authorities and thus must be dismissed.

Dated: February 8, 2017

                    Respectfully submitted,

                    OMODARE B. JUPITER
                    FEDERAL PUBLIC DEFENDER

                    */s/ Brendan A. Hurson*
                    BRENDAN A. HURSON
                    Assistant Federal Public Defender
                    1336 Beltjen Road, Suite 202
                    St. Thomas, VI 00803
                    Tel (340) 774-4449
                    Fax (340) 776-7683
                    E-mail: Brendan_Hurson@fd.org

## CERTIFICATE OF SERVICE

    I, HEREBY CERTIFY that on the 8th day of February, 2017 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Ronald W. Sharpe
United States Attorney

Amanda R. Vaughn
Justin D. Weitz
Trial Attorneys
Public Integrity Section
U.S. Department of Justice
1400 New York Ave. NW, 12th Floor
Washington, D.C. 20005
(202) 616-4530 (office)
(202) 714-4232 (cell)
Amanda.vaughn@usdoj.gov
Justin.Weitz@usdoj.gov

                    */s/ Brendan A. Hurson*

**DRAFTING REQUEST FORM**

**TWENTY-EIGHT LEGISLATURE OF THE VIRGIN ISLANDS**

Office of Legal Counsel - STX
Legislature of the Virgin Islands
Date: _4/22/09_
Time: _1:35 p.m._
Received By: _M de Jesu_

TO: **CHIEF COUNSEL**

FROM: SENATOR _Wayne A.G. James_ SIGNATURE _Wayne A. James_

DATE: _4/22/09_

09-0601

# I REQUEST A DRAFT FOR:

| | | |
|---|---|---|
| ☑ A BILL | ☐ A CONTRACT | ☐ A LEGAL OPINION |
| ☐ AN AMENDMENT | ☐ A RESOLUTION | ☐ A SUBPOENA |
| ☐ PETITION | ☐ MOTION | ☐ OTHER LEGAL INSTRUMENT |
| | | OR DOCUMENT |

**NOTE:** In the space provided below, or on an attached sheet if needed, give the details of your request. A bill to honor someone, enclose a biography. For a bill or an amendment involving a parcel of land, include the plot number, acreage and the Public Works Department Map number. For an appropriation, clearly state the amount and the funding source. For an amendment, identify the bill to be amended. For an employment contract, complete a Contract for Employment form and attach it to the drafting request. For a legal opinion, please indicate as specifically as possible the legal question to be addressed.

**FOR BILLS:**

1. Chapter or Section of Code/Act/Bill to be amended

   _An Act amending title 1 Virgin Islands Code, Chapter 11, Section 171 to recognize October 1, each year as an official Virgin Islands holiday._

2. Purpose or intent of request

   _To recognize October 1, also known as Contract Day or 1878 Fireburn Day as an official Virgin Islands holiday_

**DRAFTING REQUEST FORM**
Page 2

October 1, 1878 is one of the Territory's most historic event, which was as a natural consequence of 1848 Emancipation. The event chronicled the history of resistance which was led by four heroic women (a) Mary "Queen Mary" Thomas, (b) Mathilde "Queen Mathilde" McBean, (c) Susanna "Bottom Belly" Abrahamson, (d) Axeline "Queen Agnes" Solomon.

3. Details of Request, including the problems to be solved and how the measure will be implemented and enforced, if applicable(attach additional sheets, if necessary), the funding source of any appropriation, effective date or duration of the measure

To celebrate October 1, each year as a Key Virgin Islands national holiday, and to organize ceremonies appropriate for the occasion. The event planning team shall include representatives from V.I. Departments of Education, Tourism, V.I. Cultural Heritage Institute, noted V.I. historians, high school and UVI college students.

4. Anticipated date of Introduction

Effective immediately after ~~the passage of the enabling legislation~~ legal drafting is completed.

5. Name and phone # of person to contact for details and to answer any questions

Wayne A. G. James / Hortense M. Rowe at 712-2216

# The Legislature of the Virgin Islands



P.O. Box 1690
Charlotte Amalie
St. Thomas, Virgin Islands 00804

Office of the
Legislative Counsel

(340) 774-0880
(340) 693-3544
(340) 693-3659 Fax

May 6, 2009

## MEMORANDUM

**TO:**     The Honorable Wayne A.G. James
Senator, 28th Legislature of the Virgin Islands

**FROM:**   Cecil Farrell
Researcher

**THRU:**   Yvonne L. Tharpes
Deputy Chief Legal Counsel

**RE:**     BR09-0601 (An Act amending Title 1 Virgin Islands Code, Chapter 2
Section 171 to recognize October 1, each year as an official Virgin Islands
Holiday)

This is to advise you that the following bill drafting request was earlier submitted by
another Senator, and cannot be drafted on your behalf. Consequently your request has been
retired and the file closed as of the date of this memorandum.

If you have any questions with respect to the information contained herein, you may
contact me.

c/f

IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS & ST. JOHN
* * *

UNITED STATES OF AMERICA,          )
                    Plaintiff      )
                                   )
          V.                       )
                                   )
                                   )          NO. 15-CR-42
WAYNE A.G. JAMES                   )
                                   )
          Defendant.               )

**UNOPPOSED MOTION TO SUPPLEMENT THE RECORD WITH REGARD TO
DEFENDANT'S MOTION TO DISMISS INDICTMENT OR, IN THE ALTERNATIVE,
FOR SUPPRESSION OF EVIDENCE OBTAINED IN VIOLATION OF SPEECH
OR <u>DEBATE IMMUNITY GRANTED BY 48 U.S.C. § 1572 (d)</u>**

**NOW COMES** defendant Wayne A.G. James, through undersigned
counsel, Omodare Jupiter, Federal Public Defender for the District
of the Virgin Islands, and Brendan A. Hurson, Assistant Federal
Public Defender, to respectfully request that the court allow the
defense to supplement the record on the Motion to Dismiss, Docket
Entry No. 87. In support of this request, counsel states as
follows:

On February 3, 2017. Mr. James filed a motion to dismiss the
indictment, or in the alternative to for suppression of evidence
obtained in violation of the speech or debate immunity granted by
48 U.S.C. 1572(d). Before filing the motion, counsel made a
request to the Virgin Islands Legislature for transcripts of the
hearings relating to Bill Number 28-0010. A motion hearing on
this matter was scheduled for and held on February 7, 2017 before
this court. At the time of the hearing, the stenographers at the

Virgin Islands Legislature had only produced transcripts relating to Committee proceedings in relationship to this bill that occurred in January of 2010 – the day that the bill passed and became a law.  Counsel made reference to relevant portions of the available transcript and attached same to the Motion to Dismiss.  Counsel also informed the Court yesterday that the additional transcripts were on order, but had not yet been received, and noted that the transcripts contained information relevant to the Motion to Dismiss.

Today, at 10:45 am, the Virgin Islands Legislature produced two more transcripts of Committee hearings on this same legislation.  These hearings, one held on May 6, 2009, and another on January 21, 2010, discuss V.I. Senate Bill Number 28-0010:  An Act amending Title 1, Virgin Islands Code, Chapter 11, Section 171, commemorating laborers on Contract Day or Fireburn or a day to be revered and remembered in the Virgin Islands.

The transcripts contain the remainder of the discussions by witnesses, senators, and Mr. James himself.  Counsel believes the transcripts to be relevant to the pending motion, particularly the May 6, 2009 transcript, and asks that the Court will allow these attached transcripts to be a part of the record.  As noted, these transcripts were not available until this morning.  The government does not oppose this motion.

**WHEREFORE**, for the above stated reasons, counsel respectfully requests that this court allow the attached transcripts to be made a part of the record for the Motion to Dismiss.  A proposed Order and the transcripts are attached.

DATED: February 08, 2017

                              Respectfully submitted,

                              OMODARE B. JUPITER
                              FEDERAL PUBLIC DEFENDER

                              BRENDAN A. HURSON
                              Assistant Federal Public Defender

                              */s/ Omodare B. Jupiter* ___
                              OMODARE B. JUPITER
                              Federal Public Defender
                              BRENDAN A. HURSON
                              Assistant Federal Public Defender
                              1115 Strand Street
                              St. Croix, VI 00820
                              Tel (340) 773-3585
                              Fax (340) 773-3742
                              E-mail: Omodare_jupiter@fd.org

<u>**CERTIFICATE OF SERVICE**</u>

I, HEREBY CERTIFY that on the 8th day of February, 2017 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Ronald W. Sharpe
United States Attorney
Amanda R. Vaughn
Justin D. Weitz
Trial Attorneys
Public Integrity Section
U.S. Department of Justice
1400 New York Ave. NW, 12th Floor
Washington, D.C. 20005
(202) 616-4530 (office)
(202) 714-4232 (cell)

Amanda.vaughn@usdoj.gov
Justin.Weitz@usdoj.gov

*/s/ Omodare B. Jupiter*

IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS & ST. JOHN
* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff | ) |
| | ) |
| V. | ) |
| | ) |
| | )    NO. 15-CR-42 |
| WAYNE A.G. JAMES | ) |
| | ) |
| Defendant. | ) |

**[PROPOSED] ORDER ON MOTION TO MOTION TO SUPPLEMENT THE RECORD
WITH REGARD TO DEFENDANT'S MOTION TO DISMISS INDICTMENT OR, IN
THE ALTERNATIVE, FOR SUPPRESSION OF EVIDENCE OBTAINED IN
VIOLATION OF SPEECH OR DEBATE IMMUNITY GRANTED BY 48 U.S.C. §
1572 (d)**

For the reasons contained in Wayne James' MOTION TO SUPPLEMENT

THE RECORD WITH REGARD TO DEFENDANT'S MOTION TO DISMISS INDICTMENT

OR, IN THE ALTERNATIVE, FOR SUPPRESSION OF EVIDENCE OBTAINED IN

VIOLATION OF SPEECH OR DEBATE IMMUNITY GRANTED BY 48 U.S.C. § 1572

(d), it is HEREBY ORDERED that the Motion to Supplement is GRANTED

and the record will reflect the addition of two transcripts

attached to the filing.

_____
Honorable Curtis V. Gomez

IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS & ST. JOHN
* * *

UNITED STATES OF AMERICA,          )
                    Plaintiff     )
                                   )
        V.                         )
                                   )
                                   )        NO. 15-CR-42
WAYNE A.G. JAMES                   )
                                   )
        Defendant.                 )

## SUPPLEMENT TO RECORD PURSUANT TO COURT'S FEBRUARY 9, 2017 ORDER

**NOW COMES** defendant Wayne A.G. James, through undersigned counsel, Omodare Jupiter, Federal Public Defender for the District of the Virgin Islands, and Brendan A. Hurson, Assistant Federal Public Defender, to supplement the record as permitted by the Court's ORDER of February 9, 2017:

On February 8, 2017, Mr. James filed an unopposed request to supplement the record with three (3) transcripts of committee proceedings in legislature of the U.S. Virgin Islands on May 6, 2009 and January 21, 2010. ECF/CM # 120. The Court promptly granted this request. ECF/CM # 126. Following the Court's ORDER granting the request, counsel apparently failed to provide an electronic copy of the supplemental materials for the official record. To complete the record for the pending interlocutory appeal, Mr. James hereby supplements the electronic record with the supplement approved in the Court's February 9, 2017 ORDER.

Undersigned counsel contacted the government this morning regarding this request to supplement. Government counsel has no

objection to supplementing the electronic record with the transcripts. Accordingly, the transcripts referenced in docket #120 are attached to this filing and are now part of the record on appeal.

**DATED: March 16, 2017**

                         Respectfully submitted,

                         OMODARE B. JUPITER
                         FEDERAL PUBLIC DEFENDER

                         */s/ Brendan A. Hurson*___
                         BRENDAN A. HURSON
                         Assistant Federal Public Defender
                         1336 Beltjen Rd. Suite 202
                         St. Thomas, VI 00802
                         Tel (340) 774-4449
                         Fax (340) 776-7683
                         E-mail: Brendan_Hurson@fd.org

## CERTIFICATE OF SERVICE

    I, HEREBY CERTIFY that on the 16th day of March, 2017 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Amanda R. Vaughn
Trial Attorney
Public Integrity Section
U.S. Department of Justice
1400 New York Ave. NW, 12th Floor
Washington, D.C. 20005
(202) 616-4530 (office)
(202) 714-4232 (cell)
Amanda.vaughn@usdoj.gov

                         */s/ Brendan A. Hurson*

TWENTY-EIGHT LEGISLATURE OF THE VIRGIN ISLANDS

OF THE UNITED STATES

Charlotte Amalie, St. Thomas

Virgin Islands

*    *    *

## COMMITTEE ON EDUCATION, CULTURE AND YOUTH

Part II

January 21, 2010

Earle B. Ottley Legislative Hall

United States Virgin Islands

### MEMBERS PRESENT:

```
SENATOR WAYNE A. G. JAMES - CHAIR
SENATOR LOUIS PATRICK HILL - VICE-CHAIR
SENATOR CRAIG W. BARSHINGER
SENATOR NEVILLE A. JAMES
SENATOR TERRENCE NELSON
SENATOR NEREIDA RIVERA-O'REILLY
SENATOR MICHAEL THURLAND
```

1                 P-R-O-C-E-E-D-I-N-G-S:

2                      *     *     *

3            (The Committee on Education, Culture, and

4        Youth rises out of recess and proceeds as

5        follows:)

6        **SENATOR W. JAMES:**  Good afternoon.  Committee on

7    Education, Culture, and Youth is back on the record.

8            Senator Barshinger, you're recognized for seven

9    minutes.

10       **SENATOR BARSHINGER:**  Thank you Mr. Chair.  I'm

11   in favor of the idea of this bill that Senator Nelson is

12   proposing.  The Virgin Islands has a unique history and

13   starting with the 1733 slave revolt, the Virgin Islands

14   has a history of self-emancipation that is an inspiring

15   story for everyone no matter what their racial background.

16   And in fact, one of our great things we can offer the

17   world in the Virgin Islands is a story that alters my way

18   of thinking as much more exciting than the 1860s

19   Emancipation during the American Civil War.

20           What happen here in 1733, and 1848, and 1878 is

21   a legacy and a history of continual and upward -- upward

22   upliftment [sic] and upward spiraling that the Virgin

23   Islands can offer as a lesson to the whole world.

24   Nonetheless, I'm concerned with the way the bill is

25   drafted right now, and I would like to ask that the

```
 1    sponsor to consider and we did discussed this before, and
 2    I've discussed the history part of it.  I feel that in
 3    order for it to be -- to have its full strength, the
 4    history has to be accurate.  And in Line 18 on Page 2 it
 5    says, "When the demands were not met, they burned down
 6    towns and sugar cane plantations."  And my understanding
 7    is the towns weren't burnt down.
 8            I think that the story is so strong that we
 9    don't have to rewrite the history and then make it a
10    fantasy.  The actual history is there.  The facts are
11    there.  And the more we dig and the more facts the history
12    only emerges and shines more brightly, the motivations
13    behind it.  I mean what you see here is a people who were
14    still not being able to get the full compensation for
15    their productivity said we've had enough.  And that's what
16    caused the Fire Burn at least to my understanding of it.
17    And they were not just passively sit back and allow
18    themselves to be exploited.  Today, it may seem shocking
19    that plantations were burned, but in the context of the
20    time, it is the most appropriate action, because nothing
21    was ever going to change unless some serious action was
22    taken.  And the Spirit of 1878 is something we can
23    commemorate with this new holiday.
24            Another problem I have with the history of it,
25    and I'm not the historian, I turn to Senator Wayne James
```

 1  and Senator Thurland, and the many other people in this

 2  Territory who researched and dig and find the archives,

 3  even if they go back to Denmark and dig up the records

 4  from hundreds of years ago, they find the truth and they

 5  piece together what it means.

 6        The other two things I'd like to just point out

 7  is that we're saying in Line 9, "Whereas every year the

 8  employers failed on all promises."  We use the word "all".

 9  And then we go 10, "Whereas, in 1878 after all peaceable

10  attempts to demand a better quality of life failed."  To

11  me when I read that it doesn't read like history.  It

12  reads like fantasy history where you want it to be

13  something, and maybe it was true and maybe I'm incorrect.

14  But when I say it -- when I read that employers failed on

15  all promises, to me that's shutting off the detail of what

16  was really happening, because clearly there was a reality

17  behind that.  And there might even been some stories where

18  in some areas some demands were being met, but then they

19  were -- they were encountered by such resistance that that

20  strategy was -- had it shut back in the people's faces.

21  And by using categorical terms that may or may not be

22  correct, I think we closed the door on the true history.

23        So I'm in support of this measure firmly.  And I

24  might even agree to pass it on to Rules, but I've raised

25  my concerns right now.  And if no changes are made to the

 1 │ history, and I do my research and I find out that the
 2 │ history is not accurate, I will not vote for it in
 3 │ Session.  The history itself must be factual, and the
 4 │ interpretations and the spin and what we choose to do with
 5 │ it is our art, our craft.  And it's Senator Nelson's
 6 │ craft, because it's his bill.  And I think the message
 7 │ could shine even more brightly in wording that's chosen
 8 │ about what the message is for not just 1878 but for 2009
 9 │ and beyond.  Because those lessons that started in 1733
10 │ are still with us, and the more it's brought out in the
11 │ bill I would like to think that when we celebrate the
12 │ holiday every year that people think about what that means
13 │ to us.  Just like we take the legacy of D. Hamilton
14 │ Jackson, there are lessons in his every action as he
15 │ confronted an establishment that was unfair that led us to
16 │ be able to have a more just and fair society today.
17 │         Thank you very much, Mr. Chair, and I return the
18 │ balance of my time.
19 │         **SENATOR W. JAMES:**  Thank you Senator Barshinger.
20 │ You're comments are well taken.  I mean obviously some of
21 │ this is just a little bit of tweaking and changing words
22 │ here and there.  For example -- excuse me -- the town of
23 │ Christiansted was never burned in Fire Burn.  It was
24 │ portions of Frederiksted.  So but those are things that
25 │ can be adjusted easily in amendments or as we move along.

1  But I think everybody recognizes that the -- that the

2  measure, the substance behind it is what we all agree to,

3  and we act accordingly.

4          Senator Hill is out at the moment.  Senator

5  Neville James, you're recognized for seven minutes.

6          **SENATOR JAMES:**  Thank you, Mr. Chairman.  Mr.

7  Chairman, the purpose of the committee process is to allow

8  for discussion and meaningful and reasonable debate given

9  the opportunity to have such.  Contract Day which is what

10 I know October 1 to represent.  I got -- in 2002, I went

11 to a commemoration of Contract Day at the Fort Frederik

12 fort.  And what I recollect from that ceremony was Dr.

13 Arnold Highfield asking us to focus on the spirit of what

14 took place on that particular day, and not just caught up

15 in October 1, but what it represented for those who

16 decided that enough was enough.

17          And in looking at the calendar, because this is

18 about a calendar adjustment as well, or calendar impact as

19 well.  If we were to include October 1 in our calendar, in

20 effect, we would have an Emancipation Day in July -- early

21 July, which is July 3rd.  We have a National Labor Day

22 which is always the first Monday in September.  This would

23 make for another commemoration that has impact as it

24 relates to labor with Contract Day on October 1.  And then

25 we have Liberty Day which is about our freedom and putting

 1   down our foot as D. Hamilton Jackson asked us to do, and

 2   as a people demand that we have our say as it relates to

 3   the people and moving forward and determining our own

 4   future.

 5          You know, so I am now going to pose this

 6   question.  How many more days are we looking at in terms

 7   of solidifying what we believe we should represent from

 8   our history as a people?  Emancipation Day is a very

 9   powerful day, and I agree with the sponsor that the idea

10   that it was going to be considered as a pay less holiday

11   back in April of this year for budgetary purposes was

12   insulting.

13          And then of course people are very forgetful

14   during the Rules Committee process when we asked the

15   nominee, who is now Judge Adam Christian, if you remember

16   when Senator White asked him, do you understand what

17   happens when you make a holiday a pay less holiday?  What

18   about those who work on holidays and are subject to double

19   pay or time and a half or whatever it is.  And his answer

20   was well we don't see anything that prohibits us from

21   paying regular pay.  And then of course five, six months

22   later he never -- he don't recall that conversation when

23   that was very heated.  You know, and then of course

24   because I asked the question like I did there were those

25   who felt that I was being hostile to the nominee what have

 1   you.  You know, so these are the things that we're

 2   subjected to here in this institution, you know.  And that

 3   Emancipation Day suggestion or thought of it being a pay

 4   less holiday was completely not 80 percent or 90 percent,

 5   completely unacceptable.  That would have been a direct

 6   slap in the face of the Virgin Islands as a territory.

 7          But getting back to Fire Burn Day, you know, I

 8   am very much appreciative of our history, and what it

 9   represents.  And, you know, we've always, on the southern

10   side of the Territory, felt that historically we're the

11   ones that keep the history going.  The highest profile

12   history that took place in the Virgin Islands we always

13   believe it happened in St. Croix, you know.  We've always

14   been the radical and then to a lessor degree St. John, and

15   then of course the capital like they like to seh, you

16   know.  They does let things run over here, run smooth,

17   because the merchant mentality don't allow for them to

18   have protracted conflict, you know.  Our agrarian history

19   when the farmers rise up that's when they does start to

20   pay attention, you know.  We go along.

21          I was talking to a friend of mine last night,

22   and people might get offended.  But one of the greatest

23   attributes of us on St. Croix is we could stretch a $20.00

24   bill.  You know, we could make it last for a long, long

25   time, and that's just how it is.  You know, so I, you

 1    know, I fully understand Fire Burn Day, and I'm going to
 2    give it the nod.  But at some point, I know that when I
 3    was in grade school I could recall I think we used to
 4    Washington Holiday and Lincoln Holiday back to back, and
 5    then they decided to consolidate and just have one
 6    President's day in February.  But I could remember when I
 7    was young we had back to back Mondays in February for
 8    Washington and Lincoln.  And then I think when in 1999
 9    they took away three holidays.  We used to have Hurricane
10    Supplication, Hurricane Thanksgiving and Organic Act Day.
11    They took away three for budgetary purposes back in the
12    23rd Legislature.
13            So, you know, maybe giving back one isn't such a
14    bad idea since we had three.  And it's no secret that the
15    year that we had -- the year we took away Hurricane
16    Supplication and Thanksgiving Hurricane Lenny came from
17    the opposite direction and slammed into us deep in
18    November, you know.  So don't believe that there isn't a
19    greater being up there watching what we doing down here.
20            So I'm inclined to support Fire Burn Day.  But I
21    do want to say that there are a lot of days that speak to
22    our history beginning with Transfer Day, and I think Three
23    Kings Day has some historical significance also particular
24    in the Hispanic community who take that very, very, you
25    know, seriously.  And then from Transfer Day and then we

```
 1   work towards --
 2              THE TIMEKEEPER:  Time.
 3              SENATOR JAMES:  -- Emancipation Day and coming
 4   on down to Liberty Day.  So thank you very much Mr.
 5   Chairman.  I will vote in favor of this one.
 6              Thank you.
 7              SENATOR W. JAMES:  Thank you Senator Neville
 8   James.  Senator O'Reilly, you're recognized for seven
 9   minutes.
10              SENATOR RIVERA-O'REILLY:  Thank you Mr. Chair
11   and good afternoon again.  I'm going to borrow this
12   phrase, which is not mine.  I'm not an historian.  That's
13   for sure.  I love history, and I hope that in my later
14   years as I seek to retire, that I will have all the time
15   in the world to read all the lovely history books that I
16   can some day sound as eloquent in the area of history as
17   some of my colleagues.
18              But the line goes as follows, "Fire Burn or what
19   happened during the Fire Burn, is not our culture.  It's
20   our history."  What I take that to mean is that when you
21   hear people talk negatively about the events sort of cast,
22   you know, attempt to belittle the individuals that
23   participated in the Fire Burn by saying they were
24   renegades, and they resorted to violence instead of
25   negotiations.  I think they fail to understand that they
```

```
 1    did what they could given the time of our history in those
 2    days.  I don't think they had Mr. LaBlanc or Mr. Molyneaux
 3    or any other labor leader who they could have sat with
 4    negotiated on some equal terms.
 5              So regardless of somehow we see those actions
 6    perhaps that some day like today we would engage or
 7    endorse I think that they ought to be commended, and they
 8    ought to be honored for stepping up and risking everything
 9    that they had to make a statement.  So I know this is the
10    measure that keeps coming back.  Twice at least in the
11    last year and probably many more times before I came here.
12    So I'm willing to give my colleague my vote in the
13    affirmative to support this measure because it's of
14    historical significance.
15              However, I am concerned about the budgetary
16    constraints that this government faces, and the fact that
17    the Governor did mentioned that he would be eliminating
18    some of the holidays because of the -- or not paying some
19    of the holidays because there'll be limited resources.
20    And so adding another holiday I'm sure would post some
21    additional financial burden on the already financially
22    strapped government if we believe what we hear.  But, that
23    would be left to be seen, and I guess at some point or the
24    other we have to address that through a different means.
25    But at this point, I am prepared to assist my colleague by
```

 1    voting in affirmative.

 2              Thank you Mr. Chairman.

 3         **SENATOR W. JAMES:**  Thank you Senator O'Reilly.

 4    Can we -- I think we have exhausted all of the arguments

 5    from senators.  So at this point, I'll entertain a motion.

 6    Sorry, excuse me.  Senator Barshinger, you're recognized

 7    for a point of information.

 8         **SENATOR BARSHINGER:**  I was off the floor for a

 9    moment so I hope I'm not asking a question that was

10    already asked and answered.  How would this affect D.

11    Hamilton Day, Bull and Bread Day?

12         **SENATOR W. JAMES:**  I can -- I mean I'll answer.

13    It would be two separate holidays.

14         **SENATOR BARSHINGER:**  Okay, good.  We're not

15    getting rid of that are we?

16         **SENATOR W. JAMES:**  No.

17         **SENATOR BARSHINGER:**  Okay, good.  Thank you very

18    much.

19         **SENATOR W. JAMES:**  Senator Nelson, you're

20    recognized for a motion.

21         **SENATOR NELSON:**  Mr. Chair, I move to amend --

22    offer Amendment No. 28-717 to Bill No. 28-0159 which

23    reads:

24              Bill Number 28-0159 is amended in an

25    appropriately numbered sections to read:

```
 1           Section _____.  Bill No. 28-0159 Page 2 is

 2   amended in the following instances.  On Line 18 after the

 3   word "met" by inserting the phrase "and lacking

 4   alternative means of redressing their long standing

 5   grievances," and Subsection B on Line 22, by deleting the

 6   sentence in its entirety and inserting a new sentence to

 7   read:

 8           "Whereas, the 1878 labor revolt contributed to

 9   the achievement of fair labor standards, wage increases, a

10   higher standard of living and quality of life for laborers

11   on St. Croix."

12           I so move.

13           SENATOR THURLAND:  Second.

14           SENATOR W. JAMES:  Properly moved and seconded.

15   Any objections?  Hearing no objection, the amendment

16   carries.

17           Can we now have roll call on --

18           SENATOR NELSON:  Motion.  Mr. Chair, I move that

19   Bill No.  28-0159 as amended is approved by the Committee

20   with a favorable consideration and moved on to the Rules

21   Committee for any further deliberations or amendments.

22           I so move.

23           SENATOR RIVERA-O'REILLY:  Second.

24           SENATOR W. JAMES:  Properly moved and seconded.

25   Roll call on Bill No. 28-0159 and act amending Title 1
```

 1  Virgin Island Code, Chapter 11, Section 171 commemorating

 2  laborers on Fire Burn Day as a day to be revered and

 3  remembered in Virgin Islands history, as amended.

 4          Roll call.

 5          THE CLERK:  Roll call on Bill No. 28-0159 as

 6  amended, proposed by Senator Terrence "Positive" Nelson an

 7  act amending Title 1 Virgin Islands Code, chapter 11,

 8  Section 171 commemorating laborers on Fire Burn Day as a

 9  day to be revered and remembered in the Virgin Islands.

10          Senator Patrick Hill?  Senator Hill, absent.

11          Senator Neville James?

12          SENATOR JAMES:  Present.  Yes.

13          THE CLERK:  Senator James, yea.

14          Senator Michael Thurland?

15          SENATOR THURLAND:  Yea.

16          THE CLERK:  Senator Thurland, yea.

17          Senator Terrence Nelson?

18          SENATOR NELSON:  Yes.

19          THE CLERK:  Senator Nelson, yea.

20          Senator O'Reilly?

21          SENATOR RIVERA-O'REILLY:  Yes.

22          THE CLERK:  Senator O'Reilly, yea.

23          Senator Barshinger?

24          SENATOR BARSHINGER:  Yes.

25          THE CLERK:  Senator Barshinger, yea.

Case: 17-2559 Document: 003112567285 Page: 42 Date Filed: 03/20/2017
Case: 17-2586 Document: 003112567268 Page: 42 Date Filed: 03/20/2017

```
 1              Senator Wayne James?

 2         SENATOR W. JAMES:  Yes.

 3         THE CLERK:  Senator Wayne James, yea.

 4         Mr. Chair, we have six yeas, one absent.

 5         SENATOR W. JAMES:  Thank you Mr. Clerk.  Bill

 6    No. 28-0159, as amended, has been approved by the

 7    Committee on Education, Youth, and Culture and will be

 8    forwarded to the Committee on Rules for consider

 9    consideration.

10         SENATOR NELSON:  Point of personal privilege.

11         SENATOR W. JAMES:  Senator Nelson, you're

12    recognized for a point of personal privilege.

13         SENATOR NELSON:  Thank you very much Mr. Chair.

14    Mr. Chair, I want to thank you and the rest -- the other

15    members of this committee for this measure.  I believe our

16    ancestors are smiling on us in moving towards this

17    direction.  I want to thank this committee; I want to

18    lobby from now for the other members of the Senate to vote

19    this through.  This is a step in the right direction.  As

20    simple as it seems, I'm already feeling the goose bumps,

21    because it's saying that we are coming into a light

22    consciousness which will take us to the next level of

23    representation.

24         So I thank you very much and the entire

25    committee, and I look forward for this being a law that's
```

 1    actually enacted and we have this fully celebrated.  Thank

 2    you all so very much.

 3           **SENATOR W. JAMES:**  Thank you Senator Nelson.  At

 4    this point it's now 2:17.  I'd like to thank the Committee

 5    for participating this morning to move theses measures

 6    forward.  As you know we attempted to move these measures

 7    on December 7th, but due to lack of quorum for various

 8    reasons, medical emergency and travel problems we were

 9    unable to deal with the measures.  But the Committee was

10    able to read the transcript to review the testimony on the

11    server from Legislature via television, and were able to

12    come this morning prepared to move on the measure and we

13    did so expeditiously.

14           So I want to thank you again.  We now will break

15    for a short lunch.  It's now 2:17.  We can get back 3:17,

16    3:30, and we will then entertain information and testimony

17    from four testifiers on the status of cultural education

18    in the Territory.

19           Committee stands in recess until 3:30.

20

21           (The Committee on Education, Culture, and Youth

22    stands in recess.)

23

24

25

*TWENTY-EIGHTH LEGISLATURE OF THE VIRGIN ISLANDS*
*OF THE UNITED STATES*

*THE FRITS E. LAWAETZ*
*LEGISLATIVE CONFERENCE ROOM*
*FREDERIKSTED, ST. CROIX*
*VIRGIN ISLANDS*

*   *   *

*COMMITTEE ON EDUCATION, YOUTH & CULTURE*
*MAY 06, 2009*
*  * PART 1 *  *

*COMMITTEE MEMBERS*

*SENATOR WAYNE A.G. JAMES, Chairman*
*SENATOR LOUIS P. HILL, Vice-Chair*
*SENATOR TERRENCE "POSITIVE" NELSON*
*SENATOR NEREIDA RIVERA-O'REILLY*
*SENATOR NEVILLE A. JAMES*

*NON-COMMITTEE MEMBER*

*SENATOR USIE R. RICHARDS*

*   *   *

*I N D E X*

*1.   Committee Meeting convened                 3*

*2.   Bill Number 28-0010                         3*

*3.   Mr. Gerard M. Emanuel                       20*

*4.   Mr. Ricky Brown                             43*

*5.   Mr. George Tyson                            49*

*6.   Conclusion of Part 1                        72*

```
 1              WHEREUPON, THE COMMITTEE MEETING COMMENCED AT

 2       9:50 a.m.

 3              SENATOR W. JAMES:  Good morning.  The Committee

 4       on Education, Youth & Culture is hereby called to order.

 5       Can I have a Roll Call, please?

 6              MRS. H. ROWE:  Senator Louis P. Hill.

 7              SENATOR HILL:  Present.

 8              MRS. ROWE:  Senator Neville James.  Absent.

 9              Senator Michael Thurland.  Absent.

10              Senator Terrence "Positive" Nelson.  Absent.

11              Senator Nereida Rivera-O'Reilly.  Excused.

12              Senator Craig Barshinger.  Absent.

13              Senator Wayne A.G. James.

14              SENATOR W. JAMES:  Present.

15              MRS. ROWE:  Mr. Chair, two present, four absent,

16       one excused at Roll Call.

17              SENATOR W. JAMES:  Thank you.  In the absence of

18       a quorum, we will proceed with testimony.

19              Will the Clerk call the first item on the Agenda

20       to the floor, please?

21              MRS. ROWE:  Mr. Chair, the first item on the

22       Agenda is:  Bill Number 28-0010:  An Act amending Title

23       1, Virgin Islands Code, Chapter 11, Section 171,

24       commemorating laborers on Contract Day or FireBurn or a

25       day to be revered and remembered in the Virgin Islands.
```

1           SENATOR W. JAMES:  Let me bring to your

2       attention, the bill as presented in the committee read

3       Section 1171, which is a typographical error.  That

4       error, however, has been noted to Legal Counsel and they

5       will make the adjustments in the record.

6           Sergeant-At-Arms, can you escort the testifiers

7       for Bill 28-0010 to the floor, please, to present this

8       morning?

9           Mr. Gerard Emanuel, Assistant Director of the

10      Division of Cultural Education; Mr. George Tyson, Virgin

11      Islands Historian and Mr. Ricky Brown, President of Our

12      Virgin Islands Labor Union; Mr. Robert Mathes, who was

13      supposed to be represented by Mr. Myron Jackson is not

14      here obviously, nor is Mr. Jackson.

15          Mr. Jackson tried t to catch a flight through the

16      airport when he missed his flight at the Seaplane, but

17      was unable to get a flight that would get here in a

18      timely manner.

19          George Tyson is somewhere in the vicinity.  If he

20      can called to the floor, we can then begin.

21          While we are waiting for Mr. Tyson to arrive,

22      however, several correspondences that need to be read

23      into the official record.  If the Clerk can read the

24      correspondence into the record, please?

25          MS. ROWE:  Yes, Mr. Chair.

```
 1              SENATOR W. JAMES:  Audio Visual, can you please

 2      assist Mr. Henneman Dorsey's mike, please?

 3              MR. HENNEMAN-DORSEY:  May 6, 2009

 4          To:  The Honorable Wayne James,

 5                  Chairman, Committee on Education, Culture &

 6      Youth

 7                  28th Legislature of the Virgin Islands

 8                  Frederiksted, St. Croix  VI

 9          Dear Chairman James:

10              I will be late in attending the Committee on

11      Education, Culture & Youth meeting scheduled for May 6,

12      2009 at the Frits E. Lawaetz Legislative Conference Room

13      on the island of St. Croix.  Therefore, I'm asking to be

14      excused.  Thank you for your tolerance in this matter.

15                  Sincerely,

16                  Neville James

17              *********************

18                  May 6, 2009

19          Senator Wayne James

20          Chairman, Committee on Education, Youth & Culture

21          Meeting:  Wednesday, May 6, 2009

22          Dear Chairman James:

23              I regret to inform you that I will be

24      arriving late to the Education, Youth & Culture meeting,

25      which is scheduled for this morning in St. Croix.  I was
```

```
1    unable to get a timely flight departing St. Thomas.

2    Thank you for your patience.

3                Senator Nellie O'Reilly

4                *************

5                May 6, 2009

6            Honorable Wayne James

7            Chairman, Committee on Education, Youth & Culture

8            Dear Senator James:

9                Please be advised that I will not be able to

10   attend the Committee on Education, Youth & Culture

11   meeting scheduled for Wednesday, May 6, 2009, as I am

12   off-island at this time.  Therefore, I am requesting to

13   be excused from this meeting.  Please forward all

14   correspondence relevant to this meeting to my office.

15               Should you have any questions or concerns,

16   please feel free to contact my office as they may assist

17   you.

18               Respectfully,

19               Senator Michael Thurland

20               *************

21               April 28, 2009

22           The Honorable Wayne James

23           Chairman, Committee on Education, Youth & Culture

24           Dear Senator James:

25               I will be out of the territory from April
```

```
1    28th thru May 7, 2009.  I will be touring the Solar
2    Thermal Energy Plant in Nevada which relates to the
3    Economic Development, Energy & Technology Committee.
4         I apologize that I will not be available attend
5    your Committee on Education, Youth & Culture meeting
6    which is scheduled for Wednesday, May 6, 2009 at 10:00
7    a.m. in the Frits Lawaetz Conference Room on St. Croix.
8         I look forward to attending the next scheduled
9    meeting.  I appreciate your understanding.  Thank you.
10        Senator Craig W. Barshinger
11        ***************
12        MRS. ROWE:  May 4, 2009
13        Innovative Communication Corporation
14        To:  The Honorable Wayne A.G. James
15        Dear Mr. Chairman:
16             I would like to thank you for the invitation
17   to testify before the Committee on Education, Youth &
18   Culture in response to Bill Number 28-0016.  It is with
19   regret that I am not available to appear before your
20   committee to speak on the topic addressed in the
21   aforementioned bill.
22        Although I am not available to participate in
23   this process, I do welcome the opportunity to discuss
24   with you career development programs for students in
25   general and Innovative's leadership Development
```

Case: 17-1833 Document: 003112567285 Page: 51 Date Filed: 08/28/2017

1    *Internship Program in particular.  Thank you again for*

2    *the invitation.*

3              *Regards,*

4              *Zenzile M. Hodge, SPHR*

5              *Vice-President, Human Resources*

6              *\*\*\*\*\*\*\*\*\*\*\*\*\*\**

7              *May 4, 2009*

8         *Senator Wayne A.G. James*

9         *Dear Senator James:*

10             *I am in support of Bill Number 28-0016.*

11             *The proposed funding source for Video Lottery*

12   *proceeds by the sponsor of the Act amending Title 17,*

13   *Virgin Islands Code, Chapter 5, Section 48 to establish*

14   *the Youth Internship Program with the Department of*

15   *Education is critical to the enactment of this Act.*

16             *Bill Number 28-0016 will provide business and*

17   *industry with a Tax Exemption to partner with the*

18   *Department of Education to provide relevant training to*

19   *the students in the Virgin Islands.*

20             *The Act will provide public schools eleventh and*

21   *twelfth grade students with an opportunity to receive*

22   *high skill education that will become life-long training*

23   *experience that facilitates the transition from*

24   *secondary to post-secondary education and employment.*

25             *Additionally, funding of Bill Number 28-0016*

1      *grant the Youth Internship Program to infuse more highly*

2      *trained workers into the workforce that will contribute*

3      *to the growth of the territory's economy.*

4              *The Act is valuable to today's youth who will*

5      *become tomorrow's workforce.*

6                      *Sincerely,*

7                      *Alicia Farrelly, Chairperson*

8                      *St. Croix Career & Technical Education Ctr.*

9                      *******************

10              *May 5, 2009*

11      *The Honorable Wayne A.G. James*

12      *Dear Senator James:*

13              *This acknowledges receipt of your invitation*

14      *to testify at the Legislative Committee Hearing on*

15      *Wednesday, May 6, 2009.  Unfortunately, due to*

16      *circumstances beyond my control, I am unable to testify*

17      *at this Hearing.*

18              *Last week I was out of the territory attending*

19      *the U.S. Department of Labor Employment & Training*

20      *Administration, Region 1, State Administrators' meeting*

21      *and the Regional Recovery & Re-employment Forum in*

22      *Boston, Massachusetts.*

23              *This week, a delegation from USDOLEA, Region 1*

24      *office is in the territory visiting the Virgin Islands*

25      *Department of Labor to conduct a comprehensive review of*

 1    *our Employment & Training Programs.  Please refer to the*

 2    *attached letter which gives the details of this review.*

 3         *I apologize for any inconvenience my absence may*

 4    *cause.*

 5              *************

 6         *May 6, 2009*

 7         *The Honorable Senator Wayne James*

 8         *Dear Senator James:*

 9              *Thank you for the invitation to testify on*

10    *Bill Number 28-0007, a bill to establish the National*

11    *Guard Youth Challenge Program in the Virgin Islands.*

12    *Unfortunately, I am traveling on Wednesday, May 6, 2009.*

13    *So I will be unable to attend the committee hearing to*

14    *review Bill Number 28-0007.*

15         *However, if you would permit, I offer the*

16    *following comments on the bill:*

17         *I do fully support in principle this bill to*

18    *establish the Youth Challenge Program.  We are certainly*

19    *in a period of time where many of our youth in the*

20    *Virgin Islands have seem to lost their way.*

21         *Many of our young people are growing up in homes*

22    *where discipline, guidance through adolescence and*

23    *positive role models is non-existent, due deliberate*

24    *dysfunction for circumstances that are out of parental*

25    *control.*

```
 1            As a result, we see these young people showing up
 2       in our Juvenile Justice System.
 3            I am among those who believe that if we can
 4       identify these young people in the early stages of their
 5       delinquent behavior and bring discipline and
 6       regimentation into their lives, we can save them from
 7       the "pipeline to prison and early death."  I see this
 8       Youth Challenge Program as a mechanism to do just that.
 9            The only reservation that I have is due to the
10       current fiscal condition of the Government, whether we
11       have adequate resources to institute this program at
12       this time.
13            However, I will defer my concerns on that matter
14       to the Director of Management & Budget and to the
15       Adjutant General of the Virgin Islands National Guard.
16            My technical comments are as follows:
17            1.  In Section 1003, reference is made to a
18       "Youth Court Judge" as a title.  Be advised that we do
19       not have any such title in our Judicial System.  We have
20       Superior Court judges or Family Court judges.
21            2.  In Section 1004, there is a need to define
22       the "Challenge Academy."  Moreover, in this section you
23       should make sure that we are not creating a different
24       standard for educational achievement in the Virgin
25       Islands.  I will defer to the Board of Education
```

1     *officials and the Commissioner of Education to address*

2     *that issue.*

3           *Other than the foregoing, I believe the bill is a*

4     *good step in redirecting the negative energies of our*

5     *young people.  I therefore do support the bill.*

6                     *Very truly yours,*

7                     *Vincent F. Frazer, Esquire*

8                     *Attorney General*

9          *Mr. Chair, that completes the correspondence.*

10    *I do have a comment from the Director of Management &*

11    *Budget which will be read at the appropriate time on*

12    *Bill 28-0007.*

13         *SENATOR W. JAMES:  Thank you.  We have thus far*

14    *been asking the sponsors of bills to:*

15          *1.  Read their bills in their entirety into the*

16    *record.*

17          *2.  And also, we have been giving time before the*

18    *testifiers to explain the particulars of their bill.*

19          *In this instance, Senator Nelson is not here.*

20    *What we will do however is have the Clerk read the Bill*

21    *Number 28-0010 in its entirety into the record and then*

22    *commence with the testifiers.*

23         *MRS. ROWE:  Bill Number 28-0010; 28th Legislature*

24    *of the Virgin Islands*

25               *May 3, 2009*

1          An Act amending Title 1, Virgin Islands Code,

2     Chapter 11, Section 117 commemorating Laborers on

3     Contract Day or FireBurn as a day to be revered and

4     remembered in the Virgin Islands.

5          The bill is proposed by Senator Terrence Positive

6     Nelson.  And it reads:

7          Whereas, after the emancipation of enslaved

8     Africans within the Virgin Islands, work continued on

9     the plantations; and

10          Whereas, competition from European sugar-beet

11     growers and other sugar-producing countries had a

12     negative impact on the Virgin Islands' plantation-based

13     economy during the 19th Century; and

14          Whereas, after the abolition of Slavery and the

15     emancipation of the slaves, plantation growers employed

16     indentured servants and former slaves.  To reduce

17     operating expenses and gain a competitive edge,

18     employers began to exploit their workers; and

19          Whereas, poor living conditions, low wages

20     prevailed; and

21          Whereas, October 1st of each year ended a

22     plantation Laborer's Contract and this gave the laborer

23     the ability to contract on a neighboring plantation for

24     the following year; and

25          Whereas on July 3, 1848 and every year after,

```
 1        employers promised increased wages and better living and

 2        working conditions; and

 3                Whereas, every year the employers failed on all

 4        promises; and

 5                Whereas, in 1878, after all peaceable attempts to

 6        demand a better quality of life failed, women on St.

 7        Croix, known as queens:  Queen Mary Thomas; Queen

 8        Mathilda McBean; Susanna "Bottom Belly" Abramson and

 9        Axeline "Queen Agnes" Solomon among others organized a

10        revolt to demand comparable wages to that of St. Croix

11        Central Factory workers; and

12                Whereas, when their demands were not met, they

13        burned down towns and Sugar Plantation.  By the end of

14        the:  Fireburn" which lasted one week, 879 acres of

15        Estates Prosperity to Peter's Rest on St. Croix were

16        burned, including 43 Sugar Plantations; and

17                Whereas, 1878 Labor Revolt was a struggle to

18        achieve fair Labor standards, equal pay, a higher

19        standard of living and quality of life for laborers on

20        St. Croix; and

21                Whereas, it is befitting to commemorate the

22        struggles and sacrifices of early laborers and Labor

23        Leaders by designating October 1st as Contract Day or

24        Fireburn; now therefore,

25                Be it enacted by the Legislature of the Virgin
```

1      *Islands;*

2          *Section 1.  Title 1 Virgin Islands Code, Chapter*

3      *11, Section 171 is amended in Subsection (a) after*

4      *"(Labor Day)" by inserting "October 1 (Contract Day or*

5      *Fireburn)".*

6          *Bill Summary*

7          *The bill amends Title 1, Section 171 of the*

8      *Virgin Islands Code to designate October 1st of each*

9      *year as Contract Day in commemoration of the sacrifices*

10     *and struggles made in the field of Labor Relations.*

11         *BR09-125/February 4, 2009*

12     *SENATOR W. JAMES:  Thank you.  And again for the*

13     *record, wherever it is stated 117, it really should read*

14     *171.  That adjustment has been made by Legal Counsel.*

15         *Fortunately -- first of all, let the record*

16     *reflect that Senator Positive Nelson, a member of the*

17     *committee is here and he is here in perfect time to*

18     *explain his bill to the testifiers; to the listening*

19     *audience, to the committee members and to the viewing*

20     *audience.*

21         *And after his explanation of the bill, we will*

22     *then commence with the testifiers.  Thank you.  Senator*

23     *Nelson, you're recognized.  You may take as much as you*

24     *need to explain the merits of your bill.*

25         *SENATOR NELSON:  Good morning, Mr. Chair and*

```
 1        thank you very much.  Good morning to my colleague, the

 2        one present and the testifiers and the audience here,

 3        viewing over the Media.

 4             I do apologize for being late.  The plane was a

 5        little late coming from St. Thomas.

 6             Mr. Chair, this bill:  Number 28-0010 is an

 7        attempt to safeguard and preserve days that have

 8        historic significance to we the people of the Virgin

 9        Islands.  I think it is of paramount importance that we

10        here in the territory, especially as elected leaders

11        that we preserve our history, our legacy, our culture.

12             The Virgin Islands is known as one of the

13        vanguards in fighting for Labor rights.  You can say

14        that the Labor Movement started here in the Virgin

15        Islands before it started anywhere in America.

16             As a matter of fact, this is of so much

17        importance, because even while we sit here speaking

18        right now, this current administration is considering

19        taking away from us Emancipation Day, another day, even

20        of very, very, very significance to us.

21             Our culture is one -- it didn't start with

22        slavery and it's not going to end with slavery, but

23        slavery did occur.  And here in the Virgin Islands, on

24        October 1st, known to us more commonly as Fireburn Day,

25        it's a day where we give reverence and thanks.
```

Case: 17-2886 Document: 003112567268 Page: 60 Date Filed: 08/30/2017
Case: 17-2886 Document: 003112567255 Page: 14 Date Filed: 08/30/2017

Education - Part 1 - 05-06-09          17

1          *However, it's not a holiday in the Virgin*

2     *Islands.  And though holidays have a cost, I think this*

3     *is a cost worth paying for children to remember.  And*

4     *our ancestors always said to remember; to remember; to*

5     *remember.*

6          *If we let these days be taken away from us or*

7     *these days pass without adding events and forums to*

8     *really paint the picture for our youth of today, that is*

9     *one other -- I guess, detachment that they have from*

10    *themselves and their roots.*

11         *I feel bringing days of this sort back into the*

12    *picture of their minds will help them identify with*

13    *something deeper than they're identifying with right*

14    *now.  If you'll notice, our children are on a path of*

15    *self-destruction.*

16         *The reason that is happening is because they are*

17    *not attaching to the struggles of our ancestors, who*

18    *have allowed us these freedoms that we have today.*

19         *So I'm hoping that we can get this bill passed.*

20    *I'm hoping that we all see it fit to have this day to be*

21    *recognized as an official holiday, national holiday in*

22    *the Virgin Islands to be having events throughout the*

23    *schools; throughout the community.*

24         *I know that there is one event that's held every*

25    *year by UCA.  They have the Fireburn celebration down*

Case: 17-2886 Document: 003112567288 Page: 64 Date Filed: 09/20/2017
Case: 17-2886 Document: 003112567288 Page: 64 Date Filed: 09/20/2017

Education - Part 1 - 05-06-09                    18

1    *here in Frederiksted. But every Virgin Islander, those*

2    *native, those visiting, anyone who are residing here*

3    *should be made to be known of the importance of this*

4    *day. Not only this day, but Emancipation Day is*

5    *something else I want to bring to the table very*

6    *similar, because it is recognized by the Government, but*

7    *not recognized by the private sector.*

8          *These days that should be recognized by every*

9    *Virgin Islands citizen, individual and corporate*

10   *citizen, because it's important to us.*

11         *We always talk about us. Well, this is important*

12   *to us. And I believe it is a day that should be there.*

13   *I'm surprised it was not there before, but I think it's*

14   *fitting that this day be recognized as a full-scale*

15   *holiday in the Virgin Islands.*

16         *And that's the attempt of this bill. I'm hoping*

17   *that I have the support of the committee members. I'm*

18   *hoping that I have the support of the testifiers,*

19   *because if we let these go and we don't preserve and*

20   *protect these, then we're erasing ourselves. We're*

21   *erasing our legacy; erasing the efforts of our ancestors*

22   *who have died.*

23         *We are still struggling today, but we have come a*

24   *far way with more to go and it's because of the efforts*

25   *of those.*

Case: 17-2856 Document: 003112567268 Page: 62 Date Filed: 08/30/2017
Case: 17-2856 Document: 003012567263 Page: 62 Date Filed: 08/30/2017

Education - Part 1 - 05-06-09                19

1          *I know the Chair have identified to us that it*

2     *wasn't three, it was four.  That's why I have four in*

3     *the bill.  I was going on your historic discovery.  So I*

4     *appreciate that.*

5          *And our children must know the importance of days*

6     *like Fireburn Day and Emancipation Day.  Whatever the*

7     *cost is, that's something that we must absorb, because*

8     *these days are days of significance.  So I know some*

9     *people might talk about cost, but some things are worth*

10    *paying for.*

11         *And remembering our legacy; remembering our*

12    *history.  Remembering the efforts of our ancestors who*

13    *came, struggled, died for our freedom that we have*

14    *today, it's well worth the cost.*

15         *So with that, Mr. Chair, I'm going to sit here*

16    *and listen to the testifiers and I'm going to have*

17    *questions at the end.  But I'm hoping that we have the*

18    *support because if we don't do these things, we'll*

19    *continue to lose our children and our legacy and our*

20    *history.*

21         *And we already know that history has been*

22    *altered.  You have to look a little deeper to find what*

23    *the truth is, because we weren't the ones recording*

24    *history at the time either.*

25         *So it's very important that when we talk about*

1    *history, that we look for the truth in the story, which*

2    *is told about individuals who have come before us.  I*

3    *thank you very much for the time, and again, I apologize*

4    *for being late.*

5         *SENATOR W. JAMES:  Thank you, Senator Nelson.*

6    *And as we explained to the audience earlier, there is*

7    *inclement weather and we also had a very late meeting*

8    *last night.  So people are doing their absolute best to*

9    *get here on time.*

10        *Now, the procedure that we'd like to follow for*

11   *the testifiers.  Whenever you speak, try to speak*

12   *directly into the microphone and before beginning your*

13   *testimony, please state your name clearly for the*

14   *record.*

15        *We'd like to begin from my right with Mr. Gerard*

16   *Emanuel.  Please address the audience?  Thank you.*

17        *MR. G. EMANUEL:  Good morning, Honorable Senator*

18   *Wayne James, Chairman of the Committee on Education,*

19   *Youth & Culture.*

20        *Good morning to all of the other distinguished*

21   *members of the Legislature; members from the Department*

22   *of Education; Board of Education; testifiers; everyone*

23   *listening.*

24        *Thank you very much for inviting me here this*

25   *evening.  I must say at the outset that I saw the*

1          *Hearing last night on St. Thomas and I was very*

2          *impressed.*

3                  *I was proud; I was almost in tears, because for*

4          *the first time I saw all the testifiers agreeing and*

5          *basically agreeing with DPNR and local people trying to*

6          *carve a piece of the economic pie for themselves and not*

7          *selfishly.  Doing things to help the rest of the Virgin*

8          *Islands.*

9                  *And the meeting was conducted very well by the*

10         *Chair, the President sitting as the Chair.  And I must*

11         *associate myself with some of the comments that Senator*

12         *Nelson made towards the end of the meeting.  I thought*

13         *they were very appropriate.*

14                 *So thank you for permitting me to read this*

15         *statement into the record.*

16                 *As I said, my name is Gerard Emanuel.  I work for*

17         *the Department of Education's Cultural Education*

18         *Division.  However, my comments herein are my own as a*

19         *student of history and an indigene of these precious*

20         *islands, officially called the Virgin Islands of the*

21         *United States of America.*

22                 *Therefore, it must be made clear at the outset*

23         *that the views espoused in this letter do not*

24         *necessarily reflect the views of my employers or my*

25         *co-worker or the Virgin Islands Government.*

1          *Honorable senators, thank you for the invitation*

2      *to appear before the committee.  It is a supreme honor*

3      *to have an opportunity to speak on this topic which I*

4      *studied on the graduate level in Denmark over 30 years*

5      *ago.*

6          *Mr. Chair, I don't mean to start off with*

7      *controversy, but I did not see Mr. Mario Moorhead's name*

8      *on the list of testifiers and I consider that a serious*

9      *oversight if a historian of such immense knowledge,*

10     *consciousness, analytical acumen and insight,*

11     *particularly with respect to this very issue was*

12     *overlooked.  I hope that I'm wrong and that he was*

13     *invited to present.*

14         *Unfortunately as fate would have it, I saw Mr.*

15     *Moorhead because I came on a certain street, Queen*

16     *Street, which is historic in Frederisted, as you know.*

17     *And he confirmed my observation.*

18         *And was said earlier, his organization is one of*

19     *the only organizations that really authentically*

20     *commemorates this holiday every year.  So I'm hoping*

21     *that he does get to come and give testimony.  But any*

22     *how, I can't control that.*

23         *Honorable senators, Sankofa!  Sankofa!  Sankofa!*

24     *Senator Nelson ought to be highly commended for*

25     *re-introducing this milestone bill.  It truly reflects*

```
 1        the African proverb of Sankofa, which you all know means
 2        to return and fetch it.  In other words, to look back
 3        and take and important things from the past that can
 4        help us today is always a good policy.
 5             The good senator introduced this legislation as
 6        Bill Number 27-0170 in the 27th Legislature.  I appeared
 7        right here and provided a statement and answered
 8        questions.  Apparently, the bill was not passed.  Thus,
 9        I commend this body for allowing it to come before this
10        august body again.
11             As I said then, a resolution will also be
12        submitted to you to honor a world-renowned Virgin
13        Islander who has had a significant impact on many of us
14        here, and on African people throughout the world.  His
15        name is Dr. Yosef-ben-Jochannan.
16             I know, Mr. Chair, you're familiar with him.
17        Affectionately called "Dr. Ben".
18             He, along with Mario Moorhead, Phillip Gerard and
19        others are some of my prized mentors, and I think that
20        he has provided me with tremendous insights and
21        perspectives on history which have affected my
22        perspective, and he's helped me to understand the
23        struggle of African people of self-definition and
24        self-determination.
25             Now, I mentioned Dr. Ben because this bill is
```

1     *clearly an act of self-definition and*

2     *self-determination. His entire life has been a fight to*

3     *identify and correct the deliberate falsehoods about*

4     *African people and their accomplishments throughout the*

5     *world, particularly in the Nile Valley region in Africa.*

6     *This bill, with appropriate modifications would*

7     *definitely meet his approval.*

8     *Honorable senators, even though the word Fireburn*

9     *has been added to the bill, it still refers to this*

10     *event as Contract Day.*

11     *Although Contract Day may be accurate from the*

12     *perspective of the Danish colonizers, I take issue with*

13     *it, because this bill is not supposed to be written from*

14     *perspective or to commemorate them. If this is the*

15     *case, I do not wish to be associated with this bill at*

16     *all.*

17     *I am however, very interested in registering my*

18     *remarks on the content and context of the aforementioned*

19     *bill, which is apparently to commemorate the action of*

20     *St. Croix laborers, beginning on that fateful day of*

21     *October in 1878.*

22     *Honorable senators, October 1st is a particularly*

23     *seminal date in V.I. history. It reflects the resolve*

24     *of our African ancestors to continue the fight for the*

25     *improvement of their living and working conditions on*

```
1     St. Croix in an event they called the "Fireburn".

2              Yes, they continued the fight for

3     self-determination.  Therefore I would respectfully like

4     to honor their right of self-identification or their

5     rights of event identification and refer to the proposed

6     holiday as "Fireburn Day only.  Period.

7              October 1st also proves that Virgin Islanders

8     have a long history of organizing and taking appropriate

9     actions to improve their lot after the end of Chattel

10    Slavery in 1848.

11             In fact, while studying in Denmark, this event

12    was the focus of a major research paper that I prepared.

13    It was published by the former Department of

14    Conservation & Cultural Affairs in a publication

15    entitled "Freedom's Flame" in 1981.

16             Therefore, remembering October 1st is a timely

17    and significant gesture to those who came before us and

18    as the popular saying goes, "on whose shoulders we

19    stand."

20             Honorable senators, some of you may ask why

21    should we consider the "Fireburn" of 1878 to be

22    "appropriate action".  Wasn't it just a riot where

23    Virgin Islanders destroyed private property and thus

24    violated the law as has been written in several

25    "his-tory" texts?
```

1           *Honorable senators, I stand behind my statement*

2      *that the actions of our ancestors were highly*

3      *appropriate, because they had no legal or non-violent*

4      *mechanisms to get proper redress for their grievances.*

5           *Further, my research indicates that it was not a*

6      *riot.  Plans had been made to take action on October 1,*

7      *1878 as testified to by William Holder in the court*

8      *proceedings followed the events.  We need to stop any*

9      *reference to such an important event as being a riot.*

10          *Honorable senators, it must be remembered that*

11     *the majority of the laborers on St. Croix, from the days*

12     *of physical slavery in the 17th Century up until 1936,*

13     *had no say in the political process in the Virgin*

14     *Islands.*

15          *It must also be remembered that these persons*

16     *always represented the majority of persons living on St.*

17     *Croix.*

18          *From the time of the 1st Colonial Law of 1852,*

19     *and even with its amendments in 1863 and 1906 and even*

20     *further with the change of Colonial master from Denmark*

21     *to the United States in 1917, the African laborers on*

22     *St. Croix were the majority of the population, but most*

23     *of them could not vote or run for office.*

24          *They were completely excluded from the political*

25     *process by law, due to excessive property and income*

requirements they could never meet.  To put it plainly,
to vote and run for office from the time Europeans
instituted slavery on St. Croix in the mid 1600's until
the Organic Act of 1936, you had to be a free male of
"unblemished character", make a certain amount of money,
or own property that generated a certain amount of
money.

     This is one of the critical reasons why we
celebrate the "Fireburn" and why I say that it was
appropriate action on behalf of the laborers.

     Honorable senators, when we view these actions in
the proper context, we will see that our African
Ancestors had no alternative but to resort to violence.

     Further, until the Honorable David Hamilton
Jackson won the right to form a Labor Union and print a
newspaper that focused on news from the perspectives of
the laborers, our ancestors could not even organize to
demand their rights as laborers.

     It is clear that our ancestors had no non-violent
or legal way to address and redress the political,
social and economic injustices that they experienced
until the passage of the Organic Act of 1936.

     When we study U.S. History and examine the
actions of the colonists in what is now the United
States of America, we remember what is euphemistically

 1      *known as the "Boston Tea Party."*

 2          *At this "party", the colonists burned and*

 3      *destroyed property while disguised as Native Americans.*

 4      *This event was regarded as terroristic by the British*

 5      *Government.*

 6          *Likewise, the "Fireburn" was considered the same*

 7      *by the Danes and the planters on St. Croix.  However,*

 8      *when one reads U.S. History books, the Boston Tea Party*

 9      *is regarded as a very important patriotic event by*

10      *freedom fighters.*

11          *Thus, if the "American" founding fathers" could*

12      *justifiably destroy property because they were being*

13      *taxed and could not participate in the political process*

14      *in England, it is not hard to justify the legitimacy of*

15      *the "Fireburn of 1878."*

16          *In our case on St. Croix, laws were passed in the*

17      *famous Labor Act of 1849, which kept our ancestors in*

18      *slave-like conditions for 30 years after slavery was*

19      *supposed to have ended.*

20          *If the American Colonists could rationalize and*

21      *justify their "Boston Tea Party" when they had local*

22      *political authority and representation, and were not in*

23      *slave-like conditions, we can surely understand and*

24      *appreciate the "Fireburn of 1878, while our ancestors*

25      *were in slave-like conditions, and had no political*

1    *power whether locally or in Denmark.*

2    *Therefore, honorable senators, Bill Number*

3    *28-0010 is overdue and fully justified. It formalizes*

4    *and institutionalizes an integral part of the history,*

5    *culture, identity and yes ethos of the people of the*

6    *Virgin Islands, which is rapidly eroding even as this*

7    *letter is being read.*

8    *Now I would like to recommend a few changes to*

9    *this important bill. First, the fifth "WHEREAS"*

10   *beginning on page 2, line 7, could be amended as*

11   *follows:*

12   *"WHEREAS, in 1878, after all peaceable attempts*

13   *to demand a better quality of life failed, several women*

14   *on St. Croix, including Mary Thomas, Mathilde McBean,*

15   *Susanna Abramson, Axelline Solomon, Rebecca Frederick*

16   *and others, together with men, including Joe Parris,*

17   *James de Silva, Joseph LaGrange, John Lewis, Thomas*

18   *Graydon, Francis Leonard, William Jones, William Arnold*

19   *and others organized and led a revolt to repeal the*

20   *Labor Act of 1849, demand comparable wages to that of*

21   *St. Croix Central Factory workers and obtain better*

22   *working and living conditions."*

23   *Honorable Mr. Chair, you in particular will*

24   *appreciate the rationale for the above suggestions,*

25   *particularly since more research has to be conducted*

1    *regarding who all were the "leaders" or played key roles*

2    *in the "Fireburn" and who all were called "Queens."*

3         *I understand that recent research you conducted*

4    *has revealed that Susanna Abramson was a fourth "Queen",*

5    *even though we have historically only mentioned three.*

6         *Those of us who figured prominently in this*

7    *monumental even in V.I. history.  I thus will not*

8    *contest the accuracy of your research.*

9         *I instead welcome it because it has made me now*

10   *realize due to the benefit of age and hindsight, that*

11   *irrespective of who all were queens or not, we really*

12   *ought to list all of the names that we know were*

13   *mentioned in the historical record, whether they were*

14   *queens or not, and indicate that there possibly were*

15   *others unmentioned in these documents, whose roles were*

16   *equally important.*

17        *Furthermore, Mr. Chair, the male leaders should*

18   *be mentioned by name as well, because they also were*

19   *important in the outcome of the entire effort.  So when*

20   *this event becomes a holiday and is commemorated, all of*

21   *these persons should be honored.*

22        *Honorable Chairman, this is consistent with your*

23   *position on a bill being considered to offer*

24   *scholarships to Valedictorians and Salutatorians.  You*

25   *indicated that it might be unfair to single out only*

Case: 17-2866 Document: 003112567288 Page: 74 Date Filed: 06/30/2017
Case: 17-2866 Document: 003112567288 Page: 74 Date Filed: 06/30/2017

Education - Part 1 - 05-06-09                    31

1    *those who excelled in all areas and neglect those who*

2    *excelled in only one or two.*

3         *I fully agree with your point and wish to apply*

4    *its essence to the "Fireburn."  Thus, let us not only*

5    *honor the "leaders" that we have uncovered, for without*

6    *followers, none of the events of October 1, 1878 and its*

7    *aftermath would have or could have succeeded.*

8         *Additionally, honorable senators, I mentioned the*

9    *Labor Act of 1849 because it was the fundamental reason*

10   *for the "Fireburn."  Documents in the Royal Archives and*

11   *Newspaper Archives in Denmark provide evidence of this.*

12        *Testimony indicates that laborers had said that*

13   *on October 1, 1878 they were going to fight for higher*

14   *wages.  It is also well documented that the workers were*

15   *upset with many of the provisions of the Labor Act of*

16   *1849 and were going to do something about it on October*

17   *1, 1879.  Therefore, the court records document that*

18   *there had been forethought and planning prior to that*

19   *fateful October date.*

20        *This information should conclusively dispel the*

21   *notion that the "Fireburn" was merely a riot.  Our*

22   *ancestors would not simply jump up one day and burn down*

23   *an entire island.*

24        *Our history does not support such actions.  In*

25   *fact, our history supports exactly the opposite*

1      *beginning in 1733 with the successful insurrection on*
2      *St. John to the plans to take over St. John to the plans*
3      *to take over St. Croix in 1749 and 1753 and most*
4      *importantly to the successful emancipation events of*
5      *July 3, 1848.*
6              *Therefore, the Firebun" was merely one in a long*
7      *succession of organized movements, orchestrated by our*
8      *ancestors that succeeded in achieving their objectives.*
9              *As such, I also would like to see an amendments*
10     *to this bill requiring that the word "riot" be stricken*
11     *from all history texts when the "Firebun" is mentioned.*
12             *If the American Colonists could have their*
13     *"Firebun" called a "Tea Party" and not a riot or act of*
14     *terrorism, so can we.*
15             *All people have the inalienable right of*
16     *self-definition and self-determination.  As such, Virgin*
17     *Islanders have the right to use the terminology that we*
18     *think most appropriately and accurately reflects the*
19     *circumstances within context, from our perspective, just*
20     *as the American Colonists and other persons who write*
21     *their history do.*
22             *Also, Mr. Chair, on line 15, page 2, the 43*
23     *plantations mentioned should be further researched.  I*
24     *have seen 51 and even as high as 53 mentioned in Dr.*
25     *Dookhan's history book on the V.I.*

1          Finally, Mr. Chair, my major recommendation is to

2     strike the word "Contract" and "Contract Day" in several

3     but not all places where they appear in the bill, and

4     insert "Firebun" and Firebun Day" respectively where

5     applicable.

6          The first place to do this is on Page 1, in the

7     first sentence where the specific part of the V.I. Code

8     to be amended is referenced.  The second place is on

9     Page 2, in the last WHEREAS, and also in Section 1, line

10    23.

11         The final location I found is in the Bill Summary

12    on Page 3.

13         Honorable senators, it is vitally important to

14    utilize the term "Firebun Day" as the name for this

15    holiday.  It is the singular term that aptly depicts the

16    essence of the event, which has brought cause to this

17    bill.

18         "Contract Day" simply does not fit.  That was the

19    colonizer's term for the day and using it would be

20    wholly inconsistent with the philosophical and

21    psychological bases for this act of "event

22    self-definition" and "cultural self-determination."

23         This is OUR celebration, and it ought to be

24    viewed totally from OUR perspective just like all other

25    people celebrate their holidays using their own

1    *victorious names to generate a sense of national pride,*

2    *unity and belonging.*

3         *Contract Day is reminiscent of involuntary*

4    *bondage.  Firebun Day distinctly reminds us of our*

5    *ancestors' successful actions to liberate themselves*

6    *from economic bondage.*

7         *Let us do the right thing and employ the name*

8    *used by our ancestors in 1878.  Since this bill*

9    *commemorates the specific date on which their actions*

10   *were taken, their nomenclature ought to be utilized.*

11        *Thank you once again, Mr. Chair, and I would be*

12   *happy to receive and answer any questions or clarify*

13   *anything that you may wish either in writing or in*

14   *person at a later point in time.*

15   *SENATOR W. JAMES:  Thank you, Mr. Emanuel for*

16   *your testimony.  I'd like to clarify a couple of things.*

17        *When testifiers are invited to present, they are*

18   *recommended both by the sponsor of the bill and by the*

19   *committee.  So we go based on the recommendations of the*

20   *sponsor, as well as we sit down and think of the people*

21   *that are most appropriate for the bill.*

22        *Some people could have been included.  Were not,*

23   *for various reasons.  Others that will be invited to*

24   *give testimony subsequently will be announced.  So the*

25   *procedure is something that changes from one day to the*

```
 1      next, based on the particulars of the bill and the

 2      process along the way.

 3              So I don't think anybody who has not been invited

 4      for this particular Hearing at this particular juncture

 5      should feel in any way slighted or overlooked.  This is

 6      far from finished and lot more complicated than it may

 7      see at this particular juncture.  So I'm sure everybody

 8      will have a chance to state his opinion on the record.

 9              Senator Nelson.

10      SENATOR NELSON:  Mr. Chair, I would just like to

11      add a Point of Information that Mr. Moorhead was invited

12      to testify when we first had the bill last year, and he

13      was not interested at the time.

14              We did not approach him this year.  We just went

15      on the same notion.  But it might be an oversight that

16      it did not, but we did ask and he was not interested in

17      coming.  I just wanted the record to be clear that I too

18      thought that he could have added a powerful testimony.

19      Thank you very much.

20      SENATOR W. JAMES:  Thank you for the

21      clarification.

22              Before we proceed with the other testifiers, I'd

23      like to draw reference to what may have caused much of

24      the confusion over the years as to whether there were

25      three queens or not.
```

1          *One of the great books of St. Croix history was*

2     *written by Florence Lewisson.  The book is entitled St.*

3     *Croix Under Seven Flags.  Those of us that went to St.*

4     *Joseph's were privileged to use this book as our Text*

5     *book at one point in High School for Virgin Islands*

6     *history.*

7          *It is a book that was published, if I remember*

8     *correctly, in 1970 or '71.  It was copyright in 1970.*

9     *Has long been out of print.  And if ever available on*

10    *the Internet, you'll find it in the vicinity of $400,*

11    *$500.  For those of us that have this book, treasure it.*

12    *Fortunately, I have more than one copy, but mine gets*

13    *used.  And as a result, this is how it looks.*

14         *But in any case, on Page 314, and this is why to*

15    *a large extent, the misunderstandings have occurred and*

16    *have continued.*

17         *Because when a great historian does his or her*

18    *research and publishes his or her work, people, as we*

19    *trained in academia, we sites that resource and in some*

20    *instances, when that resource for whatever reason was*

21    *not fully correct, everybody sites this incorrect*

22    *source, allowing the error to continue, all in good*

23    *faith, based on their high regards for the original*

24    *author.*

25         *On Page 314, the great Florence Lewisson wrote:*

1    *Queen Mary was the one to become infamous for her*

2    *ferocious part in the great Fireburn, as it has been*

3    *called ever since.*

4            *She, it was who directed the gangs of women and*

5    *children to the rum barrels or kegs of kerosene used to*

6    *fire the stores and houses in Frederiksted.  Other*

7    *squads of women and children were headed by Queen Agnes*

8    *and Queen Mathilde, also known as Bottom Belly.  And*

9    *that is where the error occurred.  This is the fact.*

10           *The fact is that of the over 400 people arrested*

11   *in relation to Fireburn, 40 were eventually tried and*

12   *found guilty.  And I have the names of those 40 people*

13   *on this record from the Danish Archives and I'll read it*

14   *into the official record today.*

15           *And let me do that now, as a matter of fact.  The*

16   *40 people who eventually were tried -- as I said, over*

17   *400 were arrested after preliminary investigations, some*

18   *were released.  The 40 who were officially tried were as*

19   *follows:*

20           *James Emanuel Benjamin of Mount Pleasant*

21           *John Hodge of Fredensborg*

22           *George Henry of Sprat Hall*

23           *Francis Harrison of Prosperity*

24           *Emanuel Jacobs of Prosperity*

25           *David Cameron of LaGrange*

1          *Sussana Abramson, alias Bottom Belly of*

2    *Prosperity*

3          *Isaac Anthony of Frederiksted*

4          *Axelline E. (Elizabeth) Solomon (Agnes) of*

5    *Bethlehem*

6          *Mathilde McBean of Cane*

7          *Joseph Bowell of Hogensborg*

8          *Joseph Spencer of Hogensborg*

9          *Hans Christian of William's Delight*

10         *John Thomas Sobers of Beck's Grove*

11         *Christopher Samuel of Mount Pleasant*

12         *George Michael of Envy*

13         *Thomas Crichlow of Jealousy*

14         *William James of Grove Place*

15         *George Callendar of Enfield Green*

16         *Henry England of Jealousy*

17         *William Arnold of Upper Love*

18         *Williams Barnes of Rust-of-Twist*

19         *George Simmonds of Barren Spot*

20         *Richard Gibbs (Sealey) of Barren Spot*

21         *Edward Lewis of Mount Pleasant*

22         *Henry Baker of Hogensborg*

23         *Joseph Briggs of Friedensborg*

24         *William Henry; Christian Martin and -- I can't*

25    *make out this first name, but the last name is Gittens*

1    *of Lower Love*

2         *George Cambridge of Upper Love*

3         *James Cox of Diamond*

4         *Joseph William of Windsor*

5         *Mary Thomas of Sprat Hall*

6         *Johannes Samuel, also called Banborg of*

7    *Frederiksted*

8         *Joseph James of Enfield Green*

9         *John Samuel of Anguilla*

10        *Thomas James, also of Anguilla*

11        *James Griffith of Anguilla*

12        *Rebecca Frederick of Cane*

13              *\*\*\*\*\*\*\*\**

14        *Now, the Danish law at the time stated that*

15   *anybody in prison for a period of four years or more had*

16   *to serve the period exceeding four years in Denmark.*

17        *The four people of these 40 people who were to*

18   *serve a sentence beyond four years were:  Mary Thomas;*

19   *Mathilde McBean, Sussana Abramson and Axelline Solomon.*

20   *They are the women who on board the ship, Thea, T-h-e-a,*

21   *in 1882 after having served their four years on St.*

22   *Croix, from 1878 to 1882, were put on board a ship*

23   *called Thea and on July 19, 1882, they arrived in*

24   *Copenhagen and were to be take to the Women's Prison the*

25   *next day.*

```
 1            This is the newspaper article, a copy of it from

 2       the Neath Often Blood that indicates that these four

 3       women from the Virgin Islands have arrived in Copenhagen

 4       to serve their prison sentences at the women's prison.

 5            And in effect translates to four, not three, the

 6       four Negresses from St. Croix have come to Copenhagen to

 7       serve their prison sentences for their involvement in

 8       Fireburn and they will tomorrow be taken to the Women's

 9       Prison in Copenhagen.

10            Now, this is the document where the four women

11       checked into the Women's Prison in Copenhagen.  Mathilde

12       McBean; Mary Thomas; Sussana Abramson; Axelline

13       Elizabeth Solomon, alias, Agnes.

14            These documents indicate everything from what

15       they were wearing; what jewelry they had on their

16       bodies; the amount of children they had; their ages.

17       All of this information has been brought back to the

18       territory for the purpose of days like today.  So that

19       the people of the Virgin Islands can know from whence

20       they came.

21            As we speak, 1600 pages of the Fireburn records

22       that were housed in the Danish National Archives in

23       Copenhagen are being copied and are going to be sent to

24       the territory.  CD's are going to be prepared of all of

25       those documents and distributed to all of the schools;
```

```
 1      the Archives; the Universities.

 2            I have a bag full of information here on

 3      Fireburn.  The names; what happened; which estates were

 4      burned; which estates were spared.  Who was arrested but

 5      then released; letters describing these queens in the

 6      prison with their children on their arms.  These women,

 7      collectively, at the time of Firebun had 18 children.

 8            Bottom Belly had nine and each of the other three

 9      had three.  Those 18 children have children,

10      grandchildren, great-grandchildren, all unbeknownst to

11      us today, because of a concerted effort by the powers

12      that were at the time to snuff their contribution to

13      this territory from the history books from our memory.

14            I, however, have gone through the Archives page

15      by page by page, day by day, day by day for the past 20

16      years.  I remember I was a little boy when my father

17      told me about the Fireburn story.  Right in Frederiksted

18      and he said two of them were directly related to you.

19            So it went into my soul that day as a little boy,

20      and I have since then devoted my life towards

21      resurrecting not only these four people, but everybody

22      else involved, not only with this historic event, but

23      other historic events of this island.  And I remember

24      not as a little boy, but when I went to Fort Christian

25      -- again, excuse me.  I don't normally cry in public.
```

```
 1            But this is something that is a part of our
 2      souls.  It has to be addressed.  I went to Fort
 3      Christian in Christiansted and I must have been -- I
 4      think 17 or 18 and asked the resident historian to give
 5      information on Fireburn.  And the gentleman who is a
 6      renown historian, told me that they should not be
 7      regarded with any significance in our history because
 8      they were not nothing but criminals and rebel-rousers
 9      and we have venerated them beyond where they deserve to
10      be placed.
11            And I remember walking out of that meeting.  I
12      must have been 16 or 17 years old saying to myself:  You
13      must think that I am a fool.  Because of all Virgin
14      Islanders and we have lots of great ones.
15            We have Wilmoth Blyden, who is the father of Pan
16      Africanism, who inspired Marcus Garvey and the whole
17      host of them.  We have Rothschild Francis who is the
18      father of the Organic Act, as we know it.
19            Who went to Washington, DC to argue on our
20      behalf.  We have great physicists and historians and
21      doctors and lawyers and judges and clergy and all these
22      people.  And we've had them from the beginning.  But of
23      all Virgin Islanders, regardless of their great
24      contributions to this territory, we have put on a
25      particularly high pedestal:  Buddoe, because of
```

1      *contributions to Emancipation in 1848.  The four queens:*

2      *Mary Thomas; Sussana Abramson; Mathilde McBean and*

3      *Axelline Solomon, because of their contributions to*

4      *Fireburn and D. Hamilton Jackson, because of his*

5      *contributions to the freedom of the Press; Labor*

6      *Movement; Labor Unions and all of his wonderful works.*

7      *We singled out six people of all the great people of the*

8      *Virgin Islands to put on a particularly high pedestal.*

9          *Why in the world would Crucian people, given all*

10     *the great people that they could have chosen from,*

11     *chosen those four women if they were not nothing but*

12     *rebel-rousers who did absolutely nothing for us?  So*

13     *that was the day when I decided yes, I want to be a*

14     *lawyer.  And I became a lawyer.*

15         *And yes, I want to be a Fashion Designer and I am*

16     *a Fashion Designer, but I decided I also need to be a*

17     *historian, to keep my head straight.  Because if I don't*

18     *find out for myself what happened here, other people*

19     *will continually lead me down the wrong road.*

20         *And so, as a result of that, I have devoted a*

21     *part of my adult life to this cause.*

22         *And so, to the extent, Senator Nelson, that any*

23     *of the work that I have done can support your efforts*

24     *and any other efforts that are going to come from these*

25     *types of efforts, I am more than at your disposal.*

1           *All of this information will be put into the*

2     *official record and all of the information is on its way*

3     *from Denmark to be put in the official record and*

4     *Archives of the Virgin Islands.*

5           *Again, I apologize.  I hope you understand, but*

6     *we will now --*

7           *(WHEREUPON, THE AUDIENCE INTERRUPTED WITH*

8     *APPLAUSE.)*

9           *I would now like to ask the second testifier Mr.*

10    *Brown to give his testimony on behalf of the bill.*

11    *Thank you.*

12          *MR. R. BROWN:  Good morning.  Good morning,*

13    *Senator Wayne James, Chairman of the Committee on*

14    *Education, Youth & Culture.*

15          *I must say from the onset that after listening to*

16    *your presentation and that of Mr. Emanuel, that I have*

17    *little to offer, except to say that I am here in full*

18    *support of this bill.*

19           *By way of introduction, since this is my first*

20    *appearance before this body, I would like to again greet*

21    *everyone.  Senator James, Senator Hill, Senator Nelson*

22    *and Senator O'Reilly, as well as the listening and*

23    *viewing public.*

24          *I received an invitation yesterday to appear in*

25    *support or to give testimony on Bill Number 28-0012 and*

Case: 17-2586 Document: 003112567288 Page: 88 Date Filed: 09/30/2017

1    then much later on in the day, I became aware of the

2    bill that is now before us, 28-0010.

3         I'd like to give a brief view of -- I'm a little

4    nervous, so bear with me.

5         By way of introduction, I'd like to just give a

6    brief introduction of myself and that of Our Virgin

7    Islands Labor Union.

8         I am a member of the St. Croix Country Day

9    Graduating Class of 1981.  Upon graduating from that

10   school, I enlisted in the active Regular Army of the

11   United States Armed Forces where I served for a combine

12   total of six years, including active and inactive tour

13   of duty.

14        At the end, I received a good conduct medal,

15   honorable discharge.  I have lived on St. Croix for 30

16   years plus; 30 years a little bit, which counts.

17        Some of you in the listening audience and viewing

18   audience may know me or be familiar with me from my

19   various previous places of employment.  Upon return into

20   the territory from serving in the Military, I began

21   working at the Airport as a Ticket Agent and later on as

22   a Supervisor for a number of Air Lines at the Henry

23   Rohlsen Airport, which was known back then as the

24   Alexander Hamilton Airport.

25        I began working with Sun Air, which transitioned

*into Eastern Metro Express.  And then finally, I worked*

*for Pan American World Airways.*

   *I later on, after Hurricane Hugo struck us here*

*in 1989, I began to work as a live performing musician*

*for several years.  Mainly on St. John and on St. Thomas*

*and St. Croix to a lesser extent.  Thereafter, I did the*

*same thing in Puerto Rico where I resided for five years*

*playing music as an Ambassador to the territory,*

*somewhat.*

   *Upon my return in 1997, I worked as a Customer*

*Service representative at St. Croix Cable TV and later*

*on at Innovative Telephone.  I also worked as a Car*

*Salesman at Caribbean Auto Mart.*

   *I'm saying all this just basically to lay the*

*foundation to show that I have worked and I have some*

*background in terms of what I do as a Labor*

*representative.*

   *I am the father of three children.  My oldest is*

*23 years old, who have already completed four years of*

*college at Savannah State College.  My son, 19, is just*

*completing his first year of college at the St. Croix*

*campus of the University of the Virgin Islands and I*

*have a six year old.  I always tell people that he's six*

*going on ten, because they're so advanced these days.*

   *And again, I mentioned that because I believe*

```
1     it's important for those who don't know me to recognize

2     that I do have some experience that I can share

3     regarding my concern with youth in the territory.

4           I became a member of OVILU in September of 1999

5     and I must thank Senator Nelson and other individuals,

6     including Bryan Douglas, Myrna Pickard, Dean "Feel I"

7     McMillan, Paul "General" Payne, Gonzalo Rivera, just to

8     name a few.  These are some of the people who had the

9     foresight to recognize that it was time to form a local

10    Labor Organization here in the territory again.

11          We as members are very grateful for the foresight

12    and recognizing the need to form this organization.

13    OVILU is a local Labor organization.  It was formed and

14    incorporated on May 20, 1999.  To date, OVILU has

15    approximately 800 plus members and I want to take the

16    opportunity now to invite those who haven't visited us

17    recently to come to one of our meetings as we still need

18    to hear from you.

19          We would like your assistance in furthering the

20    ideals and providing through an honest and efficient

21    Labor representation.  OVILU has a vested interest in

22    the children and that of this community.

23          We appreciate the hard work and dedication of our

24    people of yesteryear and who have sacrificed greatly

25    under harsh and stressful conditions to provide for the
```

Case: 17-2886 Document 003112567235 Page: 91 Date Filed: 03/30/2017
Case: 17-2886 Document 003112567235 Page: 94 Date Filed: 03/30/2017

Education - Part 1 - 05-06-09                    48

1    *younger generation.*

2         *We regard ourselves, OVILU, our Virgin Islands*

3    *Labor Union has a progressive people paving the way.  I*

4    *must add at this point that I'm not as prepared as I*

5    *would like to be, again, initially, I've gotten*

6    *invitations to give testimony on Bill 28-0012.*

7         *And so, the letter that I have placed on record*

8    *actually incorporates both bills and to a greater*

9    *extent, it's in reference to Bill 28-0012.  So I would*

10   *ask if you prefer that I read the letter into the record*

11   *at this point.  Or should I wait until you announce Bill*

12   *Number 28-0012.*

13   *SENATOR W. JAMES:  In the interest of time, we*

14   *can have you read that letter when those bills come up.*

15   *And then we can then move at the conclusion of your*

16   *testimony that's relevant to this bill, we can move on*

17   *to Mr. George Tyson.  And then we'll read into the*

18   *record a letter from Mr. Myron Jackson.*

19        *Again, don't feel nervous.  Just take your time.*

20   *MR. BROWN:  Thank you.  Let me conclude by saying*

21   *in regards to this bill, I believe that the bill is*

22   *timely.  It's overdue.*

23        *As a matter of fact, I believe that Fireburn Day*

24   *as it is commonly known, should be recognized by all*

25   *citizens.  Government and private sector employees*

1    alike, small businesses; corporations and visitors to

2    the territory.

3         It should be recognized for its significance to

4    the history of the descendants of African slaves in the

5    Caribbean and the Virgin Islands of the United States of

6    America, St. Croix in particular.

7         Since becoming a member of OVILU, to date, we

8    have consistently promoted the significance of October

9    1st to the history of St. Croix and we have in fact,

10   submitted proposals at the Bargaining Table suggesting

11   that employers agree to recognize this day as a paid

12   holiday for its employees.

13        I respectfully would like to, if it's

14   appropriate, attach my support to the presentation that

15   was given earlier.  I wholeheartedly agree with some of

16   the suggestions that were made regarding inclusion of

17   the men who were involved on that day that we commonly

18   refer to as Fireburn Day.

19        With that again, at the appropriate time, as you

20   suggested, I will read the entire letter into the

21   record.  And I thank you again, Senator Wayne James for

22   the opportunity to be here.  I think the second time

23   around I'll do a little better.  Thank you for the

24   indulgence.

25        SENATOR W. JAMES:  Thank you, Mr. Brown.  This is

1    *a learning process for all of us.  Those of us freshmen*

2    *senators, we're learning as we go along.  Thank God for*

3    *the senior senators that assist us along the way,*

4    *otherwise we won't be able to get through the procedures*

5    *either.*

6         *So don't in any way feel embarrassed.  Your*

7    *presentation is on point and it's on the record, and*

8    *we'll bring you up in the second round after we address*

9    *the other bills.*

10        *MR. BROWN:  Thank you.*

11        *SENATOR W. JAMES:  I'd like now Mr. George Tyson,*

12   *Historian present his testimony on the bill.  Mr. Tyson,*

13   *will you please state your name clearly for the record*

14   *before beginning?*

15        *MR. G. TYSON:  Good morning, Senator James;*

16   *Senator Hill; Senator Nelson; Senator O'Reilly; members*

17   *of the audience and members of the public who are*

18   *listening to this proceeding.*

19        *I want to introduce myself.  I am a historian and*

20   *have been a historian of the Virgin Islands and the*

21   *Caribbean for the last 40 years.  I've written several*

22   *publications relating to the history of the Virgin*

23   *Islands and the Caribbean.*

24        *I want to thank you for inviting me to make a*

25   *statement concerning Bill Number 28-0010, a very*

Case: 17-2588 Document: 003112567268 Page: 94 Date Filed: 09/30/2017
Case: 3-15-860004 Document: 003112567268 14 Page 94 of Date Filed: 09/30/2017

*Education - Part 1 - 05-06-09*                    51

 1   *important and long overdue piece of legislation.*

 2           *And I want to note at this point that I have*

 3   *turned in an article that I wrote several years ago*

 4   *relative to the Fireburn, which gives quite a bit of*

 5   *detail, but also shows my approach and my perspective on*

 6   *the event.*

 7           *As a long-time historian and former teacher of*

 8   *Virgin Islands and Caribbean History, I can state*

 9   *unequivocally that Fireburn was one of the most*

10   *important events in Virgin Islands and Caribbean*

11   *History, and that I wholeheartedly support the intent of*

12   *this legislation to commemorate it on an annual basis*

13   *every October 1st.*

14           *Why was this event so significant?  First and*

15   *foremost, because it was a successful popular protest, a*

16   *collective blow for Freedom delivered by thousands of*

17   *disenfranchised Crucians, a blow that brought an end,*

18   *once and for all, to the vicious, violent and oppressive*

19   *system of slavery imposed upon the African population of*

20   *St. Croix by Danish colonialism and capitalistic greed.*

21           *As such, it represented a powerful rejection of*

22   *privilege, racism, economic exploitation, social*

23   *injustice and colonialism, a rejection heard and heeded,*

24   *not only in Denmark, but throughout the Atlantic world.*

25           *The Fireburn was on the front page of newspapers*

1    in New York, London, Paris and Copenhagen, and it was

2    the topic of conversation and discussion not only among

3    men of power and privilege, but of common people, black

4    and white, who were waging their own struggles against

5    capitalism, colonialism and racism.

6         On this particular day, during this particular

7    event in 1878, several thousand African-Caribbean

8    working people of St. Croix spoke not only for

9    themselves, but for millions of their compatriots

10   throughout the world.

11        It is a day and event of which every Virgin

12   Islander should be proud, and one can only wonder why it

13   has taken so long to commemorate it.

14        And I congratulate Senator Nelson for pushing

15   this Act forward, once, twice and keep doing it as long

16   as it takes, please.

17        Fireburn not only destroyed the last vestiges of

18   slavery and feudalism on St. Croix, it broke open the

19   door to the modern forms of Labor Relations, Labor

20   organizations and Labor legislation that we enjoy today.

21        Fireburn, which can be seen as the offspring of

22   the 1848 Emancipation Rebellion and the great-grandchild

23   of the St. John Revolution of 1733-1734 was also the

24   mother of the successful General Strike organized in

25   1916 by David Hamilton Jackson and other members of the

1    *newly-established St. Croix Labor Union.*

2            *It was the aunt of the Silver Strike, organized*

3    *in St. Thomas in 1892, (an event also deserving of*

4    *commemoration).*

5            *And it is the great-grandmother of those among us*

6    *who organize, advocate, negotiate, protect and*

7    *occasionally, perhaps too occasionally strike on behalf*

8    *of the vast majority of our population who are ordinary*

9    *working people struggling against powerful vested*

10   *interests.*

11           *Remembering and celebrating Fireburn is a*

12   *powerful affirmation that their cause is just and right*

13   *and will never be suppressed.*

14           *Last but not least, I believe Fireburn to be*

15   *significant and worthy of commemoration because, as more*

16   *fully discussed in the article that I have given you, it*

17   *was an effective collaboration of working people born on*

18   *St. Croix and born on other Caribbean islands.*

19           *Natives and immigrants joined in protect on*

20   *behalf of freedom, justice and a better quality of life,*

21   *a solidarity that repeated itself in the General Strike*

22   *of 1916 and subsequent Labor mobilization, action and*

23   *organization in the Virgin Islands, the Caribbean and*

24   *the United States.*

25           *In conclusion, I would like to take this*

1      *opportunity to offer some recommendations relative to*

2      *the wording of the current bill.*

3           *For reasons of historical accuracy and*

4      *completeness, I recommend:*

5           *1.  Substituting "contract immigrant laborers"*

6      *for indentured servants" in Line 7, Page 1.*

7           *2.  Before Line 9, Page 1, insert:  "Whereas, on*

8      *January 26, 1859, the Danish Government issued a Labor*

9      *Act that restricted the bargaining power and mobility of*

10     *plantation laborers by fixing their wages and requiring*

11     *that on October 1st they sign a contract to work on a*

12     *particular plantation for an entire year;*

13          *3.  Delete Lines 1 thru 6, Page 2 and substitute;*

14          *"Whereas thousands of laborers from other*

15     *Caribbean islands who had been encouraged to immigrate*

16     *to St. Croix in order to increase the Labor Pool were*

17     *also subjected to the same harsh and unjust conditions*

18     *of labor; and*

19          *Whereas, natives and immigrants found it*

20     *increasingly difficult to remove themselves from St.*

21     *Croix and"*

22          *Those are my specific recommendations in my*

23     *statement, but I would like at this point to associate*

24     *myself very strongly with Gerard Emanuel's point about*

25     *Contract Day.  I think that should be removed for a*

1    *variety of reasons.*

2         *As Mr. Emanuel has pointed out, it is a day which*

3    *was oppressive to the workers, not something that we*

4    *should be celebrating or commemorating.*

5         *It was something that kept them from moving about*

6    *the country, tied them to plantations and subject them*

7    *to the harshness of the people who ran those*

8    *plantations.*

9         *And they couldn't get away from it because the*

10   *contract bound them to it.  And every year they had to*

11   *sign a contract to do the same thing again.*

12        *The other point I'd like to make about that is*

13   *that there was a follow-up, a little known follow-up,*

14   *but a very important follow-up to Fireburn in 1878 and*

15   *that was the General Strike in 1879 immediately after*

16   *October 1st of that year.  And I talk about that and*

17   *describe that in my article, and I urge that you all*

18   *read it.*

19        *But in that event, the issue was that the*

20   *laborers on St. Croix did not want to sign a contract*

21   *any more.  They did not want to have a Contract Day that*

22   *bound them to the plantation.*

23        *That was the big issue for them and they staged*

24   *the General Strike to force the planters to have no*

25   *contracts at all.  And they argued specifically against*

```
1        the notion of a contract.  And pointed out that

2        contracts were not required in other Caribbean islands.

3              So for them, speaking for themselves, as you

4        would see from my article, they opposed this day and

5        staged a strike because they opposed it.  So I think to

6        honor their intentions and their sense of what was

7        wrong, we need to remove mention of that day as part of

8        this commemoration.

9              Certainly, we could talk about it, but we

10       shouldn't celebrate.

11             Secondly, I think the bill should be a little

12       more specific in terms of the ways in which the day

13       should be commemorated, specifically in terms of

14       education and so on.

15             I heard Senator Nelson speak a little more

16       specifically about the fact that this is going to be a

17       holiday, a public holiday which would be a day that

18       people would have off work.

19             But I think that all needs to be spelled out a

20       little bit more.

21             And thirdly, following up on your point of view,

22       I would like to point out, whereas, Fireburn has been

23       widely written about.  We have only scratched the

24       surface of knowing what and why it happen.  And we've

25       only learned about what happened primarily from people
```

1    who are not associated with those who made it happen?

2         We need to know from the point of view of the

3    working people who were involved in Fireburn and we need

4    to know where more about it from the point of view of

5    their descendants today.

6         In order to properly educate ourselves and future

7    generations about this pivotal event, it is imperative

8    that we locate, translate and make available for

9    research and educational purposes the vast body of

10   documentation found in Danish, America and British

11   Archives.

12        And I say British because many of the laborers

13   who were involved in this event came from other

14   Caribbean islands, particularly Barbados, St. Kitts,

15   Nieves, Antigua and St. Eustatius.

16        And we're talking about thousands of people, not

17   just a handful.  And many of them were among those who

18   were arrested.  Many of them who were among those whose

19   names you read on that list, and many of them were among

20   the people who were executed, which we don't talk about

21   yet by the Government because of their involvement in

22   this event.

23        Accordingly, I urge an appropriation be attached

24   to this bill that allows for the copying, translation

25   and publication of documentation relating to the

1       *Fireburn and its causes.  And that will make it possible*

2       *for the history of this event to be re-written by Virgin*

3       *Islanders employing a Virgin Islands perspective.  And*

4       *we need more of that in order to throw off some of these*

5       *inaccuracies and these misperceptions and so that have*

6       *passed down on to us through the History books up to*

7       *now.*

8            *We need to take this as an opportunity to begin*

9       *re-writing Virgin Islands history.  Thank you for this*

10      *opportunity.*

11      *SENATOR W. JAMES:  Thank you, Mr. Tyson.*

12      *Interestingly, in the effort to erase the principle*

13      *characters of Fireburn from our minds, the 18 children*

14      *of those four women, because the women were in prison*

15      *from 1878 until 1887, Sussana Abramson, Bottom Belly,*

16      *having been released the year before, because she was*

17      *the eldest of the four.*

18           *It is believed, and we have to confirm her date*

19      *of birth.  But she was in her late 40s or early 50s at*

20      *the time of her involvement in Fireburn.  The records as*

21      *we have them now indicate that she was 46 at the time.*

22           *By the time she went to prison, she was 50.  By*

23      *the time she went to prison in Denmark.  She was 46 when*

24      *she went to prison here.  But just to show you how the*

25      *individual research has brought light to this subject,*

1    *I'll use Queen Mathilde, because to a large extent,*

2    *because she was born on St. Croix.  Queen Mary was born*

3    *in Antigua.  Queen Mathilde, Agnes and Queen Susanna,*

4    *better known as Bottom Belly, were born here.  And as we*

5    *all know, the Danes kept copious records and they kept*

6    *them meticulously.*

7    *And so, if one wants to find information in the*

8    *Danish Archives, in the Danish West Indies Archives, the*

9    *Virgin Islands Archives, with a good pair of eyes and*

10   *some patience, you can find a lot of information.*

11   *Now, this young girl, Mattilde who was born in*

12   *1857, September, had just turn 21 on October 1, 1878.*

13   *She turned 21 nine days before.*

14   *She had by that time born three children.  The*

15   *last one being born four months before the event.  Went*

16   *into prison, apparently with her child, because there's*

17   *a letter from Gustave Haggaman who states that:  "One of*

18   *the most fierce rioters was a young girl and he*

19   *described her as a girl with her child on her arm.  And*

20   *he said how pitiful it was to see her in the prison.*

21   *Now, Queen Matthilde was a Catholic.  And McBean,*

22   *from Estate Cane, which is where Plaza and K-Mart are*

23   *right here in Frederiksted.  And I have traced her back*

24   *to Africa.  I know her parents, her grandparents, her*

25   *great-grandparents, because of these wonderful records*

Case: 17-1833 Document: 003112567265 Page: 103 Date Filed: 08/30/2017

1    kept by the Danes.  Her mother, for example, was Cecilia

2    Simmonds McBean and her father was William McBean.

3         She had several brothers and sisters.  These are

4    the things that will make these people come back to

5    life.  Because we just think of them as these great

6    heroines, but we don't know the human elements.  And so,

7    when a person says something like this was this

8    criminal, Queen Matthilde had had no run-ins with the

9    law at the time she was involved in Fireburn.

10        She was a good, God-fearing girl that took all of

11   her sacraments at St. Patrick's Church.  When you look

12   at her death record, the record states omni in the

13   section dealing with sacraments.  Omni, as you know,

14   from Latin, means all.  She had taken all of her

15   sacraments, including exumption.  But in any case, she

16   had sisters and brothers.

17        Catherine, Harriet, Robert.  There were even a

18   set of twins:  Mary and Ann Maria, who apparently, loved

19   her dearly, and I believe is buried next to her.  And

20   she had a brother named Simeon.

21        She also had children.  She had a William Moore

22   born in 1873.  Anna Elizabeth Williams, baptized

23   December 19, 1875.  Born on November 1875.

24        Mattilda Joanna Jacobs, born 1896, because she

25   had the three children before her involvement and then

1    *she had two children after.  Her last child is -- you'll*

2    *see him referred to as Harry Martin.  And I'll bring out*

3    *some additional information on him shortly.  He was a*

4    *police in Frederiksted and all of that.*

5    *But the point I'm making is this.  This girl that*

6    *was supposed to have been nothing but a morader and a*

7    *criminal, really had no criminal record before this*

8    *event.  And not only was she a nice girl apparently,*

9    *based on what you see in the records.*

10   *For example, by the time -- she was involved in*

11   *Fireburn at age 21, she already had a Godchild.  How*

12   *many people by 21, especially in the Era when people*

13   *were given Godparents who were of names, who could give*

14   *them a Mahogany round table or to take care of them in*

15   *the event of death of the parents.  Or paid for them to*

16   *go to school or something.*

17   *This was a young girl who had already been*

18   *honored by being made a godparent.  And when she went to*

19   *prison 1882, her sister, Maria had a child in 1884 and*

20   *named her child Matthilda Petersen, after her sister.*

21   *I have the Birth Paper.  And interestingly, this is the*

22   *Birth Paper of her niece named after her right here.*

23   *Now, I had the pleasure of doing an interview*

24   *about a year and a half ago with an Italian Firm that*

25   *came to interview me on my Fashion career, right here on*

1   *St. Croix.  And we went to dinner after, and while*

2   *talking, I mentioned some of the other things that I do.*

3   *Historic research being one of them.  And when I*

4   *mentioned that four women burned an island 130 years,*

5   *they couldn't believe it.*

6        *They wanted to know how in the world was this*

7   *knowledge not known all over.  How was this information*

8   *not known all over the world?  And right then and right*

9   *there, they said, Mr. James, we would like to do a*

10  *feature film on Fireburn.  Not a documentary, a feature*

11  *film.  And this Summer, the details of that arrangement*

12  *will be finalized.*

13       *And so, the point I'm making is we have a*

14  *historical legacy that they gave to us and they were*

15  *limited because of circumstances in their ability to*

16  *read and write and record.*

17       *What they did was complied with their heritage,*

18  *which was to pass information on, which is through the*

19  *oral tradition, which if you understand that concept,*

20  *and you realize that without that oral buttress to your*

21  *research, you would never find this information.*

22       *Because you can't put it together.  But they gave*

23  *us what they could and we now -- it is now incumbent*

24  *upon us to record it, because we no longer live in*

25  *societies where our parents and grandparents sit with us*

 1      and talk to us and pass the history.

 2              We all live these nuclear lives in these nuclear

 3      families.  Getting in cars and going off wherever we're

 4      going to work and coming home, not integrating the way

 5      we should.  So efforts are being made to make sure that

 6      this information is preserved for us and for the future

 7      generations.

 8              Now enough of the editorializing, because we have

 9      other business to attend to.  But what I'd like to do at

10      this point is we have a quorum, so we can proceed.  I'd

11      like to open the round of questions to the senators on

12      the committee and any other senator that might come

13      would also be encouraged to join.

14              Point of Information; Mr. Myron Jackson who was

15      unable to attend to give testimony on behalf of himself

16      and on behalf of Commissioner Mathes sent a written

17      statement and has asked that it be read into the record

18      before we begin the round of questions.

19              Please proceed.

20      MRS. H. ROWE:  The Virgin Islands Cultural

21      Heritage Institute, Department of Planning & Natural

22      Resources

23              Testimony to the Committee on Education, Youth &

24      Culture

25              Legislature of the Virgin Islands

```
 1              Frederiksted, St. Croix, Virgin Islands

 2              May 6, 2009

 3              Good morning

 4              Senator James, Chairman and other members of the

 5      Committee on Education, Youth & Culture.

 6              My name is Myron D. Jackson, and I am the

 7      Executive Director of the Virgin Islands Cultural

 8      Heritage Institute of the Department of Planning &

 9      Natural Resources.

10              On behalf of Commissioner Robert Mathes and Dr.

11      Lois Habtes, Chairwoman and other members of the Board

12      of Governors of the Virgin Islands Cultural Heritage

13      Institute, I would like to thank the Committee on

14      Education, Youth & Culture for the opportunity to

15      testify on Bill Number 28-0010:

16              An Act amending Title 1, V.I. Code, Chapter 11,

17      Section 171 commemorating laborers on Contract Day or

18      Fireburn as a day to be revered and remembered in the

19      Virgin Islands.

20              The Virgin Islands Cultural Heritage Institute

21      (VICHI) was established in 1992 by the Virgin Islands

22      Legislature with the passing of legislation Act Number

23      5778 on February 4, 1992.

24              According to the mandate, "The preservation and

25      promotion of a people's heritage can be an affirmation
```

1    *of their existence, which in turn has a strong positive*

2    *effect on their political, vocational and social*

3    *structures."*

4          *Each generation is obliged to pass on to its*

5    *children and youth, the cultural identity that is at the*

6    *root of its existence.   The law warns that a society*

7    *that fails to preserve and promote its culture may lose*

8    *its identity, its structural fabric, and ultimately, its*

9    *reason for being.*

10          *Over the centuries, our ancestors paid the*

11    *ultimate price for many of the rights and privileges*

12    *that we enjoy today.*

13          *It is our responsibility to remember their*

14    *personal sacrifices, struggles, and their bloodshed on*

15    *our behalf in making these islands a better society and*

16    *a better world for us and others who have made these*

17    *islands home.*

18          *The enabling legislation for the VICHI*

19    *states..."the Virgin Islands are replete with heroes and*

20    *heroines, particularly of African descent, whose*

21    *personal contributions and sacrifices and their*

22    *insistence on human rights and justice ignited the torch*

23    *of Virgin Islands liberty"...Mary Thomas, William*

24    *Arnald, Rebecca Frederik, Francis Leonard, Axeline*

25    *Saloman, Joseph Parris, Thomas Graydon are a few of the*

1    *ancestral names of leaders of the Fireburn we should*

2    *remember.*

3          *This proposed bill, sponsored by Senator Terrence*

4    *"Positive" Nelson acknowledges significant chapter in*

5    *our history that has been ignored for the most part, but*

6    *for a few that keep this history alive with an annual*

7    *observance and program on October 1st, in Frederiksted,*

8    *St. Croix.*

9          *I would caution members of the committee that*

10   *amending the law to recognize this historical event is a*

11   *good beginning.  However, funding for the necessary*

12   *programs and activities within our schools and community*

13   *is vital and necessary if this legislation, when passed,*

14   *is to be meaningful.*

15         *The Virgin Islands Cultural Heritage Institute is*

16   *presently underfunded and is limited in carrying out its*

17   *mandated activities.  In the past, community groups and*

18   *organizations have lobbied the Legislature for funding*

19   *for programs that are commemorative events, holidays and*

20   *cultural programs.*

21         *This practice has affected the effectiveness of*

22   *the institute to carry out its mandated function.  Thus,*

23   *we have not been able to develop, promote, and*

24   *disseminate appropriate educational materials that can*

25   *be effectively used, in collaboration with the Cultural*

1    *Education Division of the Department of Education, in*

2    *our institutions, schools and for our students,*

3    *educators researchers and all those interested.*

4          *A review of the existing legislation for holidays*

5    *and observances in the V.I. Code best demonstrates this*

6    *point that many of the listed holidays and observances*

7    *pass without mention or any appropriate recognition or*

8    *observance.*

9          *I am certain that citizens of the St. Croix*

10   *community and civic and cultural organizations will*

11   *continue to observe October 1st, in commemoration of the*

12   *"Fireburn" or "Firebun" Day.  However, the ultimate*

13   *responsibility in enacting this legislation lies with*

14   *this body to assure that our entity is able to carry out*

15   *the legislative mandate.*

16         *We would also recommend that the bill be expanded*

17   *to include sites of memory, burial grounds, plantations*

18   *and landmarks associated with the "Fireburn".*

19   *Appropriate historic markers should be erected at*

20   *designated sites and locations, and a monument dedicated*

21   *to the memory of this historic event should be funded*

22   *and commissioned.*

23         *This can be done through collaboration with the*

24   *Virgin Islands Cultural Heritage Institute, the Division*

25   *of Historic Preservation, Virgin Islands Council of the*

```
 1        Arts of the Department of Planning & Natural Resources,

 2        the Historic Preservation Commission and the Virgin

 3        Islands Humanities Council.

 4             The Virgin Islands Cultural Heritage Institute is

 5        in support of Bill Number 28-0010 and would recommend

 6        that funding be part of the proposed legislation that

 7        will enable the Virgin Islands Cultural Heritage

 8        Institute to carry out its mandate.

 9             Once again, thank you for the opportunity to

10        testify on this proposed legislation.

11             Sincerely,

12        Myron D. Jackson, Executive Director

13        SENATOR W. JAMES:  Thank you.  We'd now like to

14   begin the round of questioning, beginning with the order

15   in which the senators came onto the floor.  Senator

16   Hill, you are recognized for eight minutes.

17        SENATOR HILL:  Thank you, Mr. Chairman.  Good

18   morning, colleagues.  Good morning to our distinguished

19   testifiers who have joined us and to the audience, and

20   to those viewing and listening.

21             Knowledge enlightens and awakens us to parts of

22   our souls and consciousness that sometimes we are not in

23   touch with.

24             And it was certainly an education for me to sit

25   and listen to the distinguished historian and senator.
```

1      *And yesterday I was going to actually make a similar*

2      *statement in St. Thomas through parts of the Hearing.*

3            *And that was an effect that Senator Wayne James,*

4      *he's such a breath of fresh air in the Senate, and that*

5      *he enriches our service and our experience because we*

6      *have the opportunity to learn so much from him.*

7            *But I'm pleased that I actually didn't make the*

8      *statement yesterday because it is so much more*

9      *significant making it today.*

10           *I wanted to -- when the testifiers were making*

11     *their presentations, the one thing that I kept thinking*

12     *was we designate a day of reverence.  We passed a law*

13     *and this is a couple sentences really, if you take out*

14     *the whereas clause, it's really just a couple sentences.*

15           *And then what?  What really is the significance*

16     *of what we do?  We have 17, 18 holidays in the*

17     *territory, not giving administrative holidays that we*

18     *take off for Carnival and those kinds of things.  And*

19     *most of those holidays are time for people to just stay*

20     *home.*

21           *They don't have any great significance to the*

22     *community.  They don't have any particular historic*

23     *significance or importance to the people who live here.*

24     *And so, we take them off and we go to the beach or we do*

25     *something.*

1          *So I was thinking, is that what we want to do*

2     *again?  To just create another day where government*

3     *employees get the day off and they take off and go home*

4     *and go to the supermarket and do whatever.  And if*

5     *that's what we want to create, then I certainly won't*

6     *support that.*

7          *So having listened to Senator James, he brings a*

8     *totally different perspective on what we really could*

9     *accomplish with a piece of legislation that could come*

10    *out of this body, based on testimony.*

11         *And Myron Jackson's statement sort of is in the*

12    *same vein that I was thinking.  And so, his statement*

13    *sort of solidify in my mind the need to not just pass a*

14    *bill that says we want to have another holiday.*

15         *But to pass a bill that once it is enacted into*

16    *law, actually creates an environment, an opportunity, a*

17    *consciousness that can become a significant part of our*

18    *community; and a significant part of recognizing our*

19    *history and reminding us.  And helping our young people*

20    *connect to the great events of the past, and helping*

21    *them build a foundation towards more in the future.*

22         *So that is, I think, our challenge today.  It's*

23    *not to just pass a couple lines that's in the bill now.*

24    *Because if that is all we did, I would feel that we have*

25    *fallen way short of the significance, the importance,*

1        *the remarkable eloquent presentation that Senator James,*

2        *Mr. Tyson and Mr. Emanuel, Mr. Brown have stated on the*

3        *record.*

4              *If all we do is pass what is before us today, we*

5        *would -- I don't think in any way really accomplish what*

6        *you have set out as a vision and what Myron has set out*

7        *in his statement before us today.*

8              *So I believe that our challenge and Senator*

9        *James' challenge and all of us challenge is to develop*

10       *something that is worthy, to develop a law and a policy*

11       *that is worthy of the enormous emotion that has been*

12       *expressed here today.  And I don't think that what we*

13       *have before us actually accomplishes that.*

14             *So I would say the dilemma here is to do what?*

15       *To just vote on the bill and pass it and let it go on to*

16       *Rules and see what happens?  Or is it for us to really*

17       *put some real brave matter into it; to put some of the*

18       *thoughts and suggestions that Mr. Emanuel, Mr. Tyson and*

19       *Senator James have talked about.*

20             *So that's where I am.  I am enlightened.  I*

21       *learned a lot listening.  And so, I think we have a*

22       *greater challenge before us than to just vote on what is*

23       *before us.  Thank you, Mr. Chair.*

24             *SENATOR W. JAMES:  Thank you, Senator Hill.  The*

25       *Chair would like to recognize the presence of Senator*

1    Richards.

2         I think we read your statement into the record.

3    I think Senator Nelson was second in the Chamber.

4    Senator Nelson, would you like to -- you're recognized

5    for eight minutes.  Thank you.

6         SENATOR NELSON:  I'll pass.

7         SENATOR W. JAMES:  The Stenographer needs to

8    change the tape.  So this committee meeting stands in

9    Recess for three minutes.

10         (WHEREUPON, PART 1 OF MEETING WAS CONCLUDED AT

11    11:45 p.m.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

TWENTY-EIGHTH LEGISLATURE OF THE VIRGIN ISLANDS
OF THE UNITED STATES

\* \* \* \* \*

Frits E. Lawaetz Conference Room
St. Croix, Virgin Islands

**\* \* \* \* \***

**COMMITTEE ON EDUCATION, YOUTH & CULTURE**
**(Part II)**

**Wednesday, May 6, 2009**

\* \* \* \* \*

MEMBERS PRESENT:

Senator Wayne A.G. James, Chair
Senator Louis P. Hill
Senator Terrence "Positive" Nelson
Senator Nereida Rivera-O'Reilly
Senator Neville A. James

ALSO PRESENT:

Senator Usie R. Richards

I N D E X

| ITEM | | Page |
|------|--|------|
| 1. | CONTINUED QUESTIONS BY SENATORS............ | 3 |
| 2. | ROLL CALL ON BILL NO: 28-0012.............. | 27 |
| 3. | QUESTIONS BY SENATORS (2ND ROUND).......... | 42 |
| 4. | MOTION ON BILL NO: 28-0010................. | 55 |
| 5. | ROLL CALL ON BILL NO: 28-0010.............. | 55 |
| 6. | SECOND MOTION ON BILL NO: 28-0010.......... | 57 |
| 7. | ROLL CALL ON SECOND MOTION................. | 58 |
| 8. | ADJOURNMENT(Recess)........................ | 61 |

```
 1        ---------------------------------------------------------
          Thereupon, the meeting reconvened at 11:45 a.m.
 2        ---------------------------------------------------------

 3            SENATOR WAYNE A.G. JAMES:  The Committee meeting

 4     of the Committee on Education, Youth & Culture is hereby

 5     reconvened.

 6            Senator O'Reilly, you are recognized for your

 7     eight minutes.  Thank you.

 8        ---------------------------------------------------------
                   CONTINUED QUESTIONS BY SENATORS
 9        ---------------------------------------------------------

10            SENATOR NEREIDA RIVERA-O'REILLY:  Good morning,

11     Mr. Chairman.  Good morning to the testifiers and to

12     those who are here with us today.

13            I want to say thank you to the testifiers for

14     sharing their testimony with us and their suggestions.

15     And Mr. Chairman, thank you for the display of emotion.

16     It's refreshing.  It is clear that you were moved by

17     that experience.

18            I don't have any questions for the testifiers.  I

19     agree that -- I support the Bill, I'd like to state

20     that.  But I agree that I think we need to do more than

21     just declare a holiday.  We need to make sure that

22     there's an education component.

23            It's important to recognize that women have been

24     the backbone of communities for centuries.  I learned a

25     lot this morning from what Mr. Chairman has shared, and
```

1     also from the testifiers.

2          The -- our ancestors whose names grace our his-

3     tory books, made great sacrifices for us and paved the

4     way for us to today enjoy freedom and justice.  I don't

5     think we can ignore their pain and the significance of

6     their actions.

7          And if we can celebrate Christopher Columbus Day,

8     a man who raped and killed the inhabitants of these is-

9     lands, then I don't see why we would be opposed to cele-

10    brating what this Bill is proposing to do.

11         So what I'd like to do is think outside the box a

12    little bit -- and I can hear some of the naysayers say-

13    ing, it's costly, a holiday is going to costs what $2.4

14    million a day, because it's a paid holiday -- and I

15    don't think that should be a deterrent.

16         However, I think we also should think outside the

17    box and we should engage our community and the business

18    sector in this process.

19         And I have often heard people talk about the mem-

20    bers of our business community benefit, to a great ex-

21    tent, from our young people.  For example, Champs, Foot

22    Locker, Wendy's, McDonalds, and on and on.

23         So I think we need to look at the profits that

24    these businesses make in the Virgin Islands.  And I'll

25    start with McDonalds, for example, and then ask McDo-

1    nalds to consider, at the corporate level, with the help

2    of Mr. Cosmo Williams, to consider introducing in their

3    happy meals, the four queens.  Our kids can purchase

4    their happy meals and collect a toy depicting the four

5    queens.  And in the happy meal there would be some his-

6    toric, you know, component; something that parents can

7    share with their kids about the significance of the

8    events leading to the Fireburn and why these women did

9    what they did.

10    I think we should also knock on doors of our

11    theaters, our cinemas where our young people spend a lot

12    of time.  And when we sit as we eat our popcorn and

13    drink our sodas, waiting for the movie to begin, we of-

14    ten see the trivia questions and who's this actor; what

15    school did he go to?  I don't really care.  Ask me, what

16    was the Fireburn about?  No, who is Queen Mathilda?

17    Those are the questions, those are the trivia

18    questions that we should ask the cinema people to put up

19    there on the screen as our young people sit down waiting

20    to watch the movie.  So, we should knock on the door of

21    the folks who own the cinemas in the territory.

22    And we should also ask Wendy's and Foot Locker

23    and Champs to join in the effort and to sponsor an essay

24    contest and to award scholarships to the best essays.

25    I think these are ways to think outside the box

1    and to engage our community, our private and public

2    sector as well.  So that as we discuss the Bill, and as

3    we move it to Rules, hopefully, and finally to Session,

4    and as we vote on it, that we have full participation of

5    the community, and that we are able to share in the cost

6    as we build on an education component.

7          And so the only question that I have for any of

8    the testifiers -- and I'd like to start with Mr. Emanuel

9    -- is:

10         How do you see us introducing the Fireburn and

11   the events that led to it in our schools?

12         And I wasn't here when you testified, I was on my

13   way from St. Thomas, and you may have said that, but,

14   you know, not just in a textbook, but at what age level;

15   at what grade level and to what extent should we intro-

16   duce this in our school system?

17   MR. GERARD EMANUEL:  Okay, well, through the

18   Chair to Senator O'Reilly:

19         First of all, I am refreshed by your remarks, by

20   the creativity of your thinking, and I associate myself

21   with those remarks.

22         I think the Fireburn is discussed in the school,

23   it's utilized in the school already.  On the elementary

24   level, they have plays and songs and games.

25         I just think that it needs to be done more.  I

```
 1        think that what we need to do with our culture -- and I

 2        work with the Cultural Education Division -- is to in-

 3        stitutionalize our culture.  We institutionalize every-

 4        thing else.  The way people wear their pants below their

 5        shoulder, that's become a -- I mean, below the hip --

 6        that's become an institution.  So we need to institu-

 7        tionalize the positive aspects of our culture.

 8             And I think that we should not let funding be a

 9        deterrent.  We need to pass the Bill; the funding will

10        come.

11             For the Constitutional Convention we never had

12        the right funding, but if we didn't pass the Bill, we

13        wouldn't even be here along the route to writing a

14        constitution.

15             We must never let people tell us about funding is

16        a deterrent.  They've always put obstacles in our way.

17             Senator Gerard used to always say "you start and

18        you correct in flight.  But if you try to get everything

19        perfect, you never will start."  So I don't think we

20        should let the perfect be the enemy of the good, as you

21        all say in this Body.

22             So, Senator O'Reilly, I think that we should

23        start even before kindergarten.  We need story books

24        where mothers can be reading these stories while their

25        children are in the womb.  My wife used to read to my
```

1      daughter Kema, who was in your son's class, when she was

2      in her belly.  And now we've seen where she's gone to

3      the University of Pennsylvania.

4          So I think that we need to start with story books

5      so that when the children are born and they come to

6      school, there's already a feeling for our heroes.  And

7      then when they go to kindergarten, these things need to

8      be an integral part of the curriculum, not just some-

9      thing stuck in as an aside.

10         Every subject area should have a component where

11     our culture and our history are used as examples to

12     reinforce those content areas.

13         THE TIMEKEEPER:  1 minute.

14         MR. EMANUEL:  My grandfather used to say "you

15     need to start from the known and go to the relative

16     unknown."

17         So, if we use what the children know, we can help

18     them to reinforce what they're learning in the subject

19     areas, but from the womb to the grave.

20         SENATOR RIVERA-O'REILLY:  I don't know if any of

21     the other testifiers want to comment on the question.

22         MR. GEORGE TYSON:  I'd like to say I associate

23     myself with Gerard Emanuel's remark.  And I think the --

24     it's important to try to figure out how we can weave our

25     history and culture and traditions into the existing

 1    curriculum in various ways.

 2         I mean, we can talk about this if we want to do

 3    Math; we can talk about this if we want to do Science

 4    and other kinds of things, if we are creative.  And we

 5    have creative minds and creative possibilities here.

 6         So, I think that's another way of just reinforc-

 7    ing these things.

 8         The research that Wayne James has done --

 9         THE TIMEKEEPER:  Time.

10         MR. TYSON:  -- only points out that these --

11    there's a lot of human dimension to this, and that has

12    to be brought out too.

13         So that this is not just a matter of victimiza-

14    tion and violence and so on, but the humanity of the

15    people involved and their circumstances can be brought

16    before us.

17         And last, I would just like to emphasize that I

18    think it's critically important that if we are going to

19    educate, we have to be deal with new tools for our edu-

20    cational system, and we have to start recognizing that

21    the history that we are teaching is not what Wayne James

22    talked about in terms of oral traditions and so on, it

23    is a history that we find in existing text books and is

24    passed down, and that isn't appropriate.  We need to

25    move beyond that.

1          And I think if we use this as an opportunity to

2    recognize that this is a mandate that we have, an obli-

3    gation that we have to the people who came before, then

4    we could set aside funds to start that process, starting

5    with Fireburn.

6          We don't know enough about emancipation.  We

7    don't know enough about the St. John Slave rebellion,

8    let alone a lot of the smaller events that took place

9    that have been obscured for one reason or another.

10          So let's see if we could get a fund that allows

11    for local scholars to get access to this information in

12    English, so that they could provide information and

13    perspective that can then get into our school books.

14    And I think that's what's going to animate young people.

15          Because when they hear it from a different per-

16    spective with different pieces of information than they

17    get now, they can't help but be moved.  And they will

18    cry; and they will pound; and they will shout, just like

19    Wayne James and some of us are doing now.

20          But we have to give them the tools to be able to

21    see the path through the prism of the presence.

22          SENATOR RIVERA-O'REILLY:  Thank you.

23          And, Mr. Chairman, if I may, just a couple se-

24    conds.

25          Just from what both of you have stated, I come

1    away understanding that we need to engage OB/GYN offi-

2    cers, the clinics where women go for prenatal care, we

3    -- even head start and the type of day cares providing

4    them with the storybooks; making these storybooks avail-

5    able so that at the day care when the children are read

6    to, at the head start level, so that before they come

7    into the school, and so that women who are in prenatal

8    care can read to their unborn child, which I think is

9    just amazing, 'cause I did that too.

10        So thank you so very much to the testifiers, and

11    thank you, Mr. Chairman for the indulgence.

12        SENATOR W. JAMES:  Thank you, Senator O'Reilly.

13        You know, the viewing audience and even the peo-

14    ple present who may think that this has all be scripted,

15    because interestingly, speaking of books, I have this

16    book [demonstrating].

17        And this is one of the books that the Women's

18    Prison of Denmark used to give to every female inmate.

19    As she checked in, she'd be given whatever the other

20    accommodations were of being in prison; your 'lil bed

21    and your 'lil outfit, and get this book written in

22    Danish that they probably couldn't read.

23        But, in any case, it is a book which dates from

24    1821, and it's one of the books that the queens would

25    have touched.

1    And I would like the Sergeant-of-Arms to pass

2    this book around to the people here today just so that

3    they can see and touch a part of history, since we are

4    on the subject of books.

5    But I also think, as we talk about books, we need

6    to talk as to why this wonderful book made that critical

7    era that has been repeated generation after generation.

8    And this is what I think the reasoning -- the reason

9    was.

10    The four women, as I said, went to Denmark in

11    1882 after having served four years here.  And it says

12    -- this is from that big document that I showed you, it

13    has been translated into this.  It says:

14    "For Mathilda, for Mary and for Agnes..." it

15    says:

16    **"In accordance to this script from highest place**

**of September 3, 1881, which mitigates high court sen-**

17    **tence of May 23, 1881, sentence to death, the prisoner**

**is sentenced to hard labor in prison for life.  Initial-**

18    **ly sentenced according to commission sentence on Sep-**

**tember 2, 1880.  Delivered to prison June 19, 1882.**

19    **Started serving sentence on St. Croix on September 20,**

**1881."**

20

21    And then this is the sort of procedural history

22    of their prison sentences.  It says:

23    **"In 1887, it says, sent to Police Chief on St.**

**Croix December 18, 1887 in accordance with letter from**

24    **Danish Inspector of October 31, 1887."**

25    Life in prison in Denmark at the time was 16

```
 1    years.  And so they served the four.  They were initial-
 2    ly sentenced to be executed.  Then that sentence was
 3    reduced to life in prison, which meant 16 years, and
 4    they served four and then were to serve the balance in
 5    Denmark.  But after 1887, having served five, they were
 6    sent back; three of them.
 7         Because Susanna Abramson, who I said was the el-
 8    dest of the four, she was pardoned in 1886.  It says, in
 9    regards to Susanna Abramson:
10         "Released April 8, 1886.  Pardoned in accordance
11    to Royal Resolution of March 26, 1886."
12         That is how the confusion began, because there
13    were four sent, but people forget.  So the three then
14    was sent back to the Police Chief to serve out the rest
15    of their prison sentences on St. Croix, three of them.
16    But "Bottom Belly" had been pardoned the year before, or
17    several months before.
18         And there is a Police Chief in St. Thomas, his
19    name was N.A. Kjaer, K-J-A-E-R, and he describes in his
20    memoirs -- and I have had them translated from Danish to
21    English, and they're going to become available for all
22    of us -- N.A. Kjaer states that while he was Police
23    Chief, Queen Mary came back from Denmark and she was
24    taken by ship to St. Thomas.  And while in St. Thomas,
25    somebody questioned her as to "what are you doing in St.
```

1   Thomas, you're supposed to be on St. Croix."  And she,

2   according to N.A. Kjaer, put her hands and her hips and

3   said "I was pardoned by the Crown Prince, and I can go

4   wherever I feel like going."  And she went back on the

5   ship and went presumably to St. Croix.

6        But he must have been speaking about "Bottom

7   Belly," because she is the only one who came back by

8   her- self.  The other three were sent back in chains to

9   be put in prison back in St. Croix.

10       So, when people long ago had heard of the four,

11  and then somehow forgot, and then only three came back

12  to continue their sentences, the queens became somehow

13  merged.

14       People knew "Bottom Belly," because she was infa-

15  mous at the time because she was the rebel.  She had

16  been involved with the law 10 times before Fireburn,

17  from -- ranging from several months in prison to several

18  days in prison for various things.

19       Queen Mary had been in contact with the law

20  twice.  But the two young ones, Agnes and Mathilda --

21  who, by the way, are the ones that dismembered the

22  soldiers -- they were the ones that did the killing, the

23  two young- est.  They -- these three came back and one

24  had been released before, and people realize wait a

25  minute now, somebody was Queen Mary, we know that, and

1      one of them was "Bottom Belly."

2             So then what they said was the queens were Queen

3      Mary, Queen Agnes, which was Axeline Solomon and Queen

4      Mathilda, better known as "Bottom Belly," merging Ma-

5      thilda and Susanna Abramson into one person.

6             As I said, they were young, the two of them were

7      young girls.  People didn't know them before Fireburn.

8      They became queens as a result of their contributions in

9      Fireburn.  And that's how the mistake occurred.

10            And it's wonderful to unravel all of this because

11     it's all fascinating and it's also relevant to all of

12     us.  And there are people walking around -- and I am now

13     beginning to know who they are -- who are directly re-

14     lated to them.  And it's going to be a wonderful event

15     when I give them these papers and say "Queen Mary is

16     your great-great grandmother.  So, pick your head up.

17     Whenever anybody tell you anything saying you come from

18     nothing, you tell them exactly who you come from."

19            But, Senator Nelson, you are now recognized for

20     eight minutes.  Thank you.

21            SENATOR TERRENCE "POSITIVE" NELSON:  Thank you

22     very much, Mr. Chair.

23            And I want to go on record to say that as you

24     were giving your recollection, and as Mr. Emanuel and

25     Mr. Tyson, and of course, Mr. Brown -- but particularly

 1    as you were giving your personal experience, it was real

 2    moving to me also.  And it should be moving to all of us

 3    in the Virgin Islands just to know.

 4         I personally did not get really more in-depth

 5    knowledge about Contract Day and Emancipation Day until

 6    after I had been college; lived and worked in the states

 7    for 10 years and came home and was right down here in

 8    Frederiksted at Buddhoe Park listening to Mario Moorhead

 9    speak on the matter.

10         And I sat there and asked myself, well I remember

11    History class in high school and in all my years, and at

12    no time did we get even ah -- I mean, I wouldn't even

13    self say one-fourth, we didn't get a tenth of the infor-

14    mation.  It was just gleaned over, poosh!

15         And so to get that, it gives you a sense of at-

16    tachment.  And, like you, it gave you a sense of pur-

17    pose.  And I believe knowing this type of history is

18    what's going to give our children -- we're talking about

19    "turn around" -- knowing this type of history is what

20    would turn our children around.  So, I appreciated all

21    that you put on record.

22         And I've heard some comments and statements being

23    mentioned about don't let it just be another holiday.

24    And I agree, and I just want to make it clear that there

25    is a recognition that happens on October 1st right here

1      in Frederiksted every year.

2          I participate, I participate wholly.  And there's

3      also a recognition of Emancipation Day held by the Yes-

4      terday, Today and Tomorrow Committee.  So I don't want

5      it be underscored as if nothing happens on some of these

6      days.  I agree that more ought to happen and we need to

7      make it more of a grandeur event and even funding at

8      some point.

9          But what I want to encourage my colleagues and

10     this Committee, in particular, to do is that, it's pro-

11     found enough of a statement to pass this holiday.  That

12     in itself sends a statement to our children and to the

13     world of where our values are at.

14         I agree with some of the statements made, and it

15     can be dressed up to be more definitive in what type of

16     events ought to be held, no problem there.  But I don't

17     want us -- we should not hold this up.

18         We need to understand that, in part of the

19     healing that needs to occur in this Virgin Islands, and

20     to our children, and even to some of us, is that we need

21     to have full reverence of days of such because it's who

22     we are, it's all part of who we are, all of the days of

23     our history.

24         I am concerned that the Department of Ed did not

25     have a view on it.  And Mr. Emanuel, you gave your per-

1     sonal view and your historic -- your view as a histo-

2     rian, but the Department of Education should have.

3          And, as a matter fact, as I was sitting here, you

4     know what ran through my mind, as I listened to Mr. Ty-

5     son, Mr. Emanuel and yourself speak?  I said "wow, we

6     were saying we couldn't find a Commissioner of Educa-

7     tion."  I'll tell you this, knowing your history is very

8     important to the educational process.  I'll say it

9     again:  Knowing your history is very important to the

10    educational process.

11         That's why I did not vote for this current Com-

12    missioner.  She might be good at other things, but if

13    you can't attach, then it's a problem; okay?  And I'm

14    not mincing words there.

15         I have already submitted an amendment to remove

16    "Contract Day," wherever it is listed -- and that's the

17    immediate amendment that I'll make.  But I'm asking my

18    colleagues for the support of this measure, because I

19    don't see how or why we should be against it.

20         I understand, you know, the desire to have an

21    appropriation as Mr. Jackson stated, but whether it be

22    the Cultural Institute or the Department of Education or

23    the Yesterday, Today and Tomorrow Committee to host

24    activities, you know, I support that.

25         What I don't want to do is laden this Bill down.

1    Because I think it is of importance for us to pass the
2    measure.  I think it says something about us recognizing
3    what we're made up of.
4         I'm particularly interested in the private sector
5    acknowledging these days.  Usually, the private sector
6    does not acknowledge any of our local holidays.
7         I must say again that remember, right now as we
8    speak, as part of a cost-cutting measure, a cost-cutting
9    plan being considered by our current Governor is to re-
10   move Emancipation Day as a paid holiday.  That disturbs
11   me as a Virgin Islander.  It disturbs me immensely.
12        I've got a letter that I'm forwarding to the Go-
13   vernor, because I believe our head of the territory,
14   knowing this history, or ought to know the history of
15   these Virgin Islands, to talk about touching that day in
16   a way that is taking away from it, it says something
17   about his consciousness...or the lack thereof.
18        And I have a problem with that.  I can't hide it.
19   I've had couple sleepless nights from ever since it was
20   mentioned to me.  And he looked at me dead in the face.
21   It concerns me when the head our territory, knowing the
22   significance of this Virgin Islands, particularly to St.
23   Croix and what Emancipation Day and Contract Day means.
24        A question I would have -- and it was asked --
25   how should it be introduced in our schools?

 1          Many of our teachers are unaware of the -- are

 2     not educated on what the day really is; a lot are.  The

 3     department itself -- and it's mentioned, the elementary

 4     schools make an effort, but it needs to be -- and I'm

 5     willing to sit with Mr. Tyson, yourself, Mr. Emanuel,

 6     you, Mr. Chairman, the representative of OVILU, to spell

 7     out more clearly what type of activities we'd like to

 8     see.

 9          THE TIMEKEEPER:  1 minute.

10          SENATOR NELSON:  I'll remind you all, however,

11     there are some days listed already in our V.I. Code and

12     -- with prescriptions of how they are to be recognized,

13     that still are not carried out that way.

14          So it really becomes an individual and collective

15     responsibility for us to uphold it.  So I'm with you

16     when you said "don't let money be the obstacle," be-

17     cause we recognize these days already.

18          And it's up to us to uphold these days as a

19     collective society.  I like what you said, Mr. Tyson

20     about a fund so that local scholars can have access to

21     records and have them translated.  Because, you're

22     right, the Danes did keep meticulous records; they did.

23     They still have them.

24          And it's unfortunate -- it's something we have to

25     say about ourselves here, is that we must have the pro-

1     per facilities, air controlled facilities, air and wa-

2     terproof facilities that can take -- that -- so that we

3     can get back some of these documents from Denmark.

4          I'll tell you this:  We talk about tourism, a lot

5     of tourists that go to these places go there to research

6     our history.

7          So we're talking about economic stimulus, our

8     history is of interest to the world, but we don't have

9     it here.  So, thus, they go other places to study these

10    things.

11         So, I don't have any questions for you.  You all

12    are clear.  Everybody is pretty much in support.

13         I'll just say this on behalf of OVILU so that

14    people can understand where that came from.  It wasn't

15    just wanting something else -- and I'll close with this,

16    Mr. Chair, I know time was called.

17         OVILU, Our Virgin Islands Labor Union, was mir-

18    rored off of the Bylaws and Constitution of the St.

19    Croix Labor Union.  We saw what D. Hamilton Jackson's

20    vision was, and we figured that it needs to be conti-

21    nued.  We wanted to pick up the fallen torch and conti-

22    nue to carry it.

23         Every year Cornell University calls me, they are

24    still curious to know how we were able to, in 50 years

25    of American history, this is the first independent union

 1    formed anywhere in America, independent of AFL-CIO um-

 2    brella.

 3         We need to understand what we're doing here and

 4    the value that we add to the rest of the world.

 5         And with that, I'm going to wait -- I was waiting

 6    to speak for last, but I guess, strategically individu-

 7    als were popping in and out.

 8         Last time, just for your information, what held

 9    this up was a chain and ball that was put on the Bill to

10    remove another holiday.  I'm asking the proponent who

11    offered that at the time to let's not laden this one

12    down.  If you want to make that argument, make it sepa-

13    rate and apart from.  But I don't think -- I think we

14    all should see what a profound statement it would make

15    for us to declare this and uphold this as a full scale

16    holiday with proper activities to be recognized in the

17    Virgin Islands.

18         And I'm sorry I didn't have any questions for you

19    all, but you all are clear enough for me.

20         Thank you very much, Mr. Chair.

21         SENATOR W. JAMES:  Thank you, Senator Nelson.

22         I'd like to recognize the presence of Senator

23    Neville James.

24         SENATOR NEVILLE A. JAMES:  Good morning -- or

25    good afternoon.

```
1        SENATOR W. JAMES:  Good afternoon.
2        Senator Richards, you are recognized for eight
3   minutes.
4        SENATOR USIE R. RICHARDS:  Good morning, Mr.
5   Chair, members of this Body, the testifiers and the
6   viewing audience.
7        I have a couple of concerns that I plan to share
8   relative to the Bill.  And I will, to the best of my
9   ability, exercise great restraint in responding to the
10  previous speaker, who say he want to talk last.  I don't
11  care whether I talk first or last, it doesn't change my
12  principle, nor does it change my belief.
13       I looked around this room and I don't see not one
14  single individual, barring none, that has participated
15  and supported the events of "Fireburn Day" on the island
16  of St. Croix longer than I have, barring none and not
17  one.
18       And so with that context said, I've listened to
19  some of the testimony, as I may have missed those while
20  I was in flight in transit here, and would like to offer
21  some -- some advice.
22       Because the point was being made that we need to
23  teach our children and we need to have it in school.
24  Our children and our schools are a reflection of the
25  state of mind of our adult society.  And so that adults,
```

1    or as adults, we are responsible for setting the tone

2    that children would follow.  I think that's why they

3    call it "parenting."

4           And with that said, as the previous speaker might

5    have assumed, I still have my amendment that I had in-

6    troduced to Bill 27-0170, which is today being referred

7    to as Bill 28-0010.  And a history ought to be truly

8    reflective.

9           And it's not intended to add a burden to this

10   Bill.  But it's intended, if we are truly speaking about

11   repairing the mentality of this community, to take cor-

12   rective action.

13          And so that I am fully -- and I repeat slowly --

14   I am fully in support of October 1st becoming a legal

15   holiday.  And the amendment that I plan to introduce at

16   some way along the road of this legislation is not only

17   to adopt "Fireburn Day" as a legal holiday, but to

18   replace the day that is recognized by some of March

19   31st, Transfer Day, as a legal holiday.

20          I can't conceive, at least in my mind and my ex-

21   perience on this island, why we can't see the signifi-

22   cant relationship of the Danes and then African slaves

23   and then free slaves of 1848, 1878 as a more significant

24   way of all those of Danish ancestry that continue to re-

25   side within this territory, to begin -- what you keep

1      calling it -- the "reparations" owed to all of us as re-

2      cognizing this as a significant day in this history of

3      the Danish West Indies.

4              I believe you, Mr. Chair, spoke of your dinner.

5      What you said it was?  Some Italians?

6              SENATOR W. JAMES:  Yes.

7              SENATOR RICHARDS:  And the significance that they

8      saw in these four ladies that led a Fireburn.  What is

9      the relevance today -- and I listened to you, Mr. Presi-

10     dent, I does go to the beach on Transfer Day.  I've ne-

11     ver been to a Transfer Day celebration, not as a Senator

12     and not as a Senate President, because it is of no sig-

13     nificance today.  It may have been back then in 1917 to

14     see the raising of the U.S. flag and the taking down of

15     the Danish flag.  You're trying to tell me that is more

16     significant than October 1st of 1878?

17             And, yes, it is an issue.  'Cause as an elected

18     representative of government -- of which each legal ho-

19     liday have a cost -- a bottom line of dollars and cents

20     -- I was a member, I believe Senator Hill, in the 25th

21     Legislature, we removed some 3, 4 or 5 legal holidays

22     from the calendar of the Virgin Islands laws.  Not only

23     of monies, but the historical significance of them and

24     the purpose for which they were legal holidays, no lon-

25     ger really existed in our community, until we get Hurri-

1    cane Hugo or Marilyn, then everybody want to go to

2    church on Hurricane Supplication Day.  That used to be a

3    legal holiday.

4         And so that, if the previous speaker had just

5    submitted a -- what it was -- a drafting request to spe-

6    cifically say in the Bill "not Contract Day," but "Fire-

7    bun Day," shortly he'll get his letter saying he's been

8    preempted, 'cause I've been having this legislation

9    since back in the 27th Legislature.  Because you're ei-

10   ther going to be fish or fowl.

11        It used to be "Contract Day" until October 1st of

12   1878 when it became "Fireburn Day."  And so that amend-

13   ment exist and the drafting request is numbered 28-184.

14        THE TIMEKEEPER:  1 minute.

15        SENATOR RICHARDS:  And also included in that

16   amendment is to remove March 31st, known as Transfer Day

17   as a legal holiday.  That's just one Senator.  It takes

18   others to support it.

19        But I began by simply stating that as adults it

20   is our responsibility to bleed -- excuse me -- to lead

21   the way and to cut the path of which children will

22   follow.

23        And I don't see many of you running up and down

24   here on Transfer Day.  I know some of you get invited to

25   events.  I've been to them out there, out in ah -- what

1    is it -- Lawaetz Family Museum.  But it's time that

2    family museum and those persons that sit on those lawns

3    come down on October 1st and sit in Buddhoe Park and

4    begin to recognize the importance --

5              THE TIMEKEEPER:  Time.

6              SENATOR RICHARDS:  If I could complete, Mr.

7    Chair?

8              SENATOR W. JAMES:  Yes.

9              SENATOR RICHARDS:  -- the importance of Fireburn

10   Day and their role and the role of their ancestors in

11   addressing the repairing of this community.

12             I was -- happened to be one, like the previous

13   speaker, that attended the -- or joined the group of

14   ACCRA, that went to Copenhagen, Denmark.

15             And those Danish individuals -- I think we stayed

16   at your favorite hotel.  When we were there, they said

17   "this the hotel that Wayne James does stay in all the

18   time," so we been in your hotel.

19             But the point that I'm trying to make is that

20   they understand -- and those that are Danish and live in

21   Denmark today don't even self know that part of their

22   history.  And that this little island called "St. Croix"

23   that used to be called "the bread basket of the

24   Caribbean" -- I didn't say "Virgin Islands" -- "of the

25   Caribbean" -- was responsible for close to 60 to 70% of

1    their economic market.

2         And so that is why we ain't got to worry about

3    the flags going up and down, but why we got to recognize

4    those people in those times that made the Danish economy

5    what it was.

6         And so I will be introducing the amendment, whe-

7    ther I get a second or not, it requires one in order to

8    be discussed.  But we have to take the bold step of

9    putting the holidays in place that we as adults would

10   want our children to understand.

11        And thank you, Mr. Chair.

12        SENATOR W. JAMES:  Thank you, Senator Richards.

13        Senator Neville James, you are recognized for

14   eight minutes.

15        SENATOR N. JAMES:  Thank you, Senator James.

16        You know, I was driving down listening to the

17   testifiers and just thinking back:  I want to focus on

18   this "holiday" aspect.  Because I've been a government

19   employee for 20 years.  We used to have Organic Act Day.

20   I think that was the third Monday in June.  Why was the

21   celebration for Organic Act Day?  Because of the signi-

22   ficance of the Organic Act is what we're supposed to be

23   living by and what is established -- what establishes

24   the guidelines for us to function as a territory.

25        And, you know, I wrote down Hurricane Supplica-

1    tion Day.  I think that used to be the last Monday in

2    July.  No, Hurricane Supplication Day was the last

3    Monday in July.  And I could recall in 1989 there was an

4    attempt then to wipe it out, and we all know what hap-

5    pened in 1989.  Eventually, that took place.

6         And we used to have Hurricane Thanksgiving Day,

7    which used to be, I think the third Monday in October.

8    It used to be the Monday after Columbus Day, because I

9    think we used to give thanks that the hurricane season

10   passed and all that.

11        Those three days are gone.  So it's not that the

12   Virgin Islands, as a territory, has never wanted to give

13   recognition to the way we live; the significance of cer-

14   tain days and what have you.

15        We have Emancipation Day, which I think is an

16   awesome day, given that it's right before Independence

17   Day.  Emancipation is local; Independence is American.

18        And, by the way, you know, I hear a lot of people

19   talking; they praising the Danes and all that good

20   stuff.  We never had it so good like we have it now.  We

21   free as a people here.  We might have some colonialistic

22   mentalities, but I would take America and the way of

23   life in America over the rest of them.  That's just my

24   position.

25        SENATOR RICHARDS:  What?

```
 1          SENATOR N. JAMES:  You could hit me all you want.

 2     I'm a History major as well.  But I know we got flexibi-

 3     lity and latitude as Americans that a lot of people wish

 4     they had.

 5          So we could keep knocking this fact that we're an

 6     American territory; I'm not.  And 'taint because I born

 7     in New York either, 'cause I had no control over that.

 8     But I'm very serious about that.

 9          I keep this -- no, I just -- you know the fact

10     that, you know, we have -- I think we're approaching --

11     what are we 98 -- 92, I mean -- March 17th -- March 31,

12     1917.  And I take offense to how we keep wanting to di-

13     minish what America and our relationship with America,

14     you know, has done for us.  It's not perfect, but we've

15     had seven flags for a reason.

16          And this idea that, you know, one out of the pre-

17     vious six was so righteous, and America -- not me.  And

18     I want to put that on the record.

19          We have Liberty Day.  Liberty -- so the word

20     "liberty" is very important to me.  No, if we really

21     want to do something maybe we could start something on

22     October 1 and carry it to November 1, and let we have a

23     month of -- no, serious.

24          Because I could recall October 1, 2002, that was

25     the last "free October" I had since I decided to become
```

1    a politician.  And I was down here in the Frederiksted

2    Fort, and Senator Richards had just come from campaign-

3    ing, he was canvassing that night.

4         And we sat there, and Dr. Highfield was the guest

5    speaker for the function that took place in the Fort.

6    And he said, you know, we keep wanting to talk about the

7    Contract Day and all that, but we need to focus on the

8    spirit of those who wanted to make the sacrifice for us.

9    We keep ignoring that they weren't going to back down;

10   they were coming forward, because they felt they had

11   just cause for what they were fighting for.

12        And then, of course, we got Transfer Day, which

13   is March 31st.  And, unlike Senator Richards, I came

14   down here in 1992, I think that was the Diamond Jubilee,

15   I think that's what they called it - '92.  Seventy-five;

16   right?

17            SENATOR W. JAMES:  Yeah, it was 75.

18            SENATOR N. JAMES:  Seventy-five years old.  And

19   we -- part of us getting the day off was we had to show

20   up in west.  And Governor Farrelly, at the time, it was

21   a big "shing-ding."  And, you know, I remember the meet-

22   ing we had last year and the Transfer Day, there are

23   those who said we had enough; we don't want to talk

24   about it anymore; we want to move.

25        And the previous speaker has stated that Contract

1    Day is exponentially more valuable to us, in his opi-

2    nion, which he's entitled to, than Transfer Day, and

3    that might be so.

4         But with all of the holidays and all of the re-

5    cognition, the question still remains, how are we func-

6    tioning as a people in this supposedly free society?

7         Are we better off than we were 75 years ago?  Or,

8    no, I guess 92 years ago?  March of 1917?

9         Are we better off than we were 121 -- 131 years

10   ago?  With 1878, 1848, we're looking at another 161 ago?

11   And that's really what I want to focus on, you know.

12        And I think if we really want to do something,

13   the one month period that covers the month of October,

14   where we actually recognize Columbus Day -- because ap-

15   parently Columbus was supposed to be this great naviga-

16   tor of the seas, and came down here, and he discovered

17   us, as if we didn't have a history prior to him being

18   here or finding us, when he claimed he was going east

19   and end up southwest, you know.  It's amazing to me.

20        But, you know, I want to commend the sponsor,

21   because there are those who want us to totally forget

22   our history, and that can't happen.  Under no circum-

23   stances we would allow that.

24        And I just want us to actually keep wanting to

25   strive to work towards perfection, hopefully putting a

```
 1     calendar in place that would stop this.  Let we esta-
 2     blish what we going to recognize as the true important
 3     days as a territory and not continue to fight.  'Cause
 4     it looks like we're fighting each other here over what
 5     is more important than the other.
 6              THE TIMEKEEPER:  Time.
 7              SENATOR N. JAMES:  And I really don't believe
 8     that serves a purpose for us as we try to be a good, but
 9     not perfect, free society.  Because that's what it's all
10     about, freedom; not only to live, but mentally.  And we
11     can't ignore that.
12              I thank you very much, Mr. Chairman.
13              SENATOR LOUIS PATRICK HILL:  You're very welcome,
14     Senator James.
15              Mr. Emanuel, the distinguished Senator from St.
16     Croix made the point of talking about Transfer Day and
17     Fireburn, what's your position on that?  What do you
18     think of his position?
19              MR. EMANUEL:  I agree with the position.  I am
20     only concerned that --
21              SENATOR HILL:  Bring the microphone down a little
22     bit?
23              MR. EMANUEL:  I agree with the -- if you mean the
24     position of substituting Fireburn Day --
25              SENATOR HILL:  Yes.
```

1            MR. EMANUEL:  -- for Transfer Day, I agree with

2      it.  I just don't want to get caught up in a battle bet-

3      ween having Fireburn Day and not having Transfer Day.

4            I don't want to -- the Legislature to get in a

5      battle.  I could see the wisdom in it because the first

6      thing people are going to say is "it cost too much,

7      we're having another holiday."  So I understand the wis-

8      dom in what he's saying.

9            I just don't want to lose the opportunity to make

10     Fireburn Day a holiday, because it needs to be done.

11     And, even if wasn't made a holiday, my main focus is to

12     ensure that we properly commemorate these days, whether

13     it's a holiday or not.

14            SENATOR HILL:  Right.

15            MR. EMANUEL:  So I could accept it.

16            SENATOR HILL:  What are some of things that you

17     think we should be doing to properly commemorate?

18            MR. EMANUEL:  Okay, first of all I work with the

19     Cultural Education Division, and what we've been doing

20     the past few months is working with various persons who

21     are documenting culture throughout the United States and

22     its territories.

23            We've been talking with people who have worked in

24     Hawaii and Alaska, on what they've been doing to docu-

25     ment culture within their communities.  And one of the

1    main things that they said that has to be done is we

2    need professional development for the teachers in this

3    specific area.

4         I mean, you could get professional development in

5    classroom management techniques, etc., but we're trying

6    to get to the point where we can conduct additional pro-

7    fessional development for teachers, because if we don't

8    do that, all of this is for naught.

9         The teachers are the ones who have to pass this

10   information on; who have to generate a sense of enthu-

11   siasm within the student population for this informa-

12   tion.  So that's what we're trying to do, get the tech-

13   niques together to provide professional development.

14        SENATOR HILL:  It's "Dr. Tyson" or "Mr. Tyson?"

15        MR. TYSON:  Mr. Tyson.

16        SENATOR HILL:  What are your thoughts on the Bill

17   that is before us and how it could actually be fashioned

18   to accomplish sort of what you have all expressed today,

19   which it doesn't right now?  What are your thoughts on

20   that?

21        MR. TYSON:  Well, I think I did mention some of

22   this.  I do think that there should be something man-

23   dated with respect to some kind of commemoration, offi-

24   cial, formal commemoration that takes place on this day.

25        I think there should be efforts made to make sure

 1    that the educational system collaborates with that ef-

 2    fort.  I think that some of the things that Myron Jack-

 3    son has suggested makes a lot of sense in terms of re-

 4    cognizing places and so on that we could utilize as part

 5    of our cultural heritage to make it more meaningful.

 6          And I come back to what I said before about docu-

 7    mentation and translation and so on.

 8          To get to the history of the Virgin Islands is a

 9    formidable task.  And Senator Richards points out, and

10    others, we need a -- we need to get the facility; but we

11    also have translation problems.  And those documents

12    that we would bring here or could use are still in a

13    language that even Danes can't read.

14          So getting that in a form that Virgin Islanders

15    can start making use of is a daunting challenge.  But I

16    think that it needs to be addressed, because otherwise,

17    the history will be what it is, and will be the privi-

18    lege of people like me who can get to the archives and

19    use it, but will not be accessible to people here who

20    are removed from them, and who can't afford the costs or

21    the challenges to get to it.

22          I want to make a comment about Transfer Day, if I

23    can?

24          SENATOR HILL:  Sure.

25          MR. TYSON:  And I'll just suggest this to Senator

 1    Richards.

 2         First of all, Transfer Day is an event in the

 3    history of this island, whether we like it or not.  And

 4    I think it should be recognized for that.  It changed

 5    our lives; it changed the lives of the people of this

 6    island, for better or for worse.  And we may argue about

 7    that, but it is an event.  But it need not be celebrated

 8    a certain way.

 9         And actually Senator James raised a very impor-

10    tant point at the last Transfer Day ceremony.  "We need

11    to think about what it means to be "'transferred.'"  We

12    need to use that as an occasion for discussing that very

13    issue.  That's number one.

14         And then secondly, we need to use it as a point

15    of departure for figuring out where we want to go next

16    -- where "we" want to go next; not where other people

17    want to take us.

18         So, I think we can use that day creatively and

19    imaginatively to get to some other point than we are

20    now.  And so I would advocate keeping it but using it

21    for different purposes than we do today.

22         SENATOR HILL:  Thank you.

23         To both of you and -- well, to all three of you:

24         The legislation that is before us this morning,

25    which is very small, the whereas clause is in there, but

1     the actual Bill is very -- a piece of sentence really.

2          Do you feel that that appropriately will achieve

3     and accomplish all of the sentiments that we just shared

4     -- that you have shared, and the vision and the -- and

5     the substance that needs to be attached to this event?

6     Do you feel that the legislation as it is can accomplish

7     that?  Mr. Emanuel?

8          MR. EMANUEL:  No.  But, as I said earlier, I

9     don't want us to let the perfect be the enemy of the

10    good.

11         As Jessie Jackson used to always say "don't get

12    caught up in the paralysis of analysis."

13         As Senator Gerard used to say, "you start and you

14    correct in flight."

15         I think we have a Bill that plants a seed.  We

16    know that we're in terrible economic times right now.

17    To try and get into a discussion about finances and all

18    that is counterproductive.  You all just dealt with yes-

19    terday, giving the Governor the authority to borrow more

20    money.  To try and put an attachment to this now is

21    really going to be counterproductive.

22         I think we need to plant the seed; plant the

23    seed, have the holiday, and maybe you could implement it

24    next year because of our economic situation.

25         SENATOR HILL:  But, Mr. Emanuel, I'm not making a

```
 1        point about finances.  That was not my --

 2              MR. EMANUEL:  Okay.

 3              SENATOR HILL:  -- line of questioning or my

 4        thoughts at all.

 5              My thought was based more on the issues of the

 6        actual recognition and how you implement it and what it

 7        is you do, and what it really means, and then what is

 8        accomplished in the schools.

 9              In the comments that was made by Mr. Jackson, I

10        just think that it would be to all of our benefit if the

11        Bill reflected those things, and would -- the language

12        would accomplish those things.  As it is now, it

13        doesn't.

14              So, it's not the finances that I'm talking about

15        at all.

16              MR. EMANUEL:  Okay, I understand, Mr. Chair.

17        Sorry about that.

18              I agree with what you're saying, it's just that I

19        don't want the Legislature to get into a battle of what

20        to do in the Bill and what to not do in the Bill.

21              I think those things could be left to the Depart-

22        ment of Education, the Cultural Heritage Institute, the

23        Cultural Education Division, they could operationalize

24        it.

25              The Legislature just passes broad legislation,
```

 1    but when you get into micromanaging, that's where the

 2    problem comes in.  And we have a plethora of different

 3    opinions in here.  So, plant the seed, we could water

 4    it.

 5         For example, there's a very fundamental diffe-

 6    rence between the Cultural Heritage Institute and the

 7    Cultural Education Division.  Their mandate is to pre-

 8    serve culture and monuments.

 9         We have a very singular laser like focus.  We are

10    Cultural Education.  Yes, we want to preserve culture,

11    but we have a more important mandate.  We want to uti-

12    lize culture as a tool to facilitate, augment and en-

13    hance academic achievement.  So that's where I come into

14    the picture now.  I'm putting on my Cultural Education

15    hat, moving the history hat.  So when cultural education

16    gets involved in it, we will be able to do all those

17    things.  We will be able to utilize the holiday or the

18    occasion to get information into the schools via the

19    teachers, and sometimes we on our own do presentations

20    ourselves.

21         So I don't want the Legislature to get involved

22    in a battle about whether we need to create monuments or

23    have the business sector involved.  Plant the seed, and

24    let the Executive Branch of government, which executes

25    policy, do its job.

1          SENATOR HILL:  Mr. Tyson?

2          MR. TYSON:  I would have to second most of his

3    remarks.  I think it would be unfortunate if the Bill

4    was so laden with either financial or other kinds of

5    obligations that it would not get passed.

6          I would think that, as Gerard Emanuel just said,

7    that you could mandate that the day be -- if you mandate

8    that the Cultural Education unit and the Institute of

9    Culture would be charged with taking appropriate steps

10   to recognize this day when it occurs.  And it would be

11   up to them because they have the capability to move for-

12   ward with a program, both in the schools and in the com-

13   munity, between them.  So, it's to get that to happen.

14         And you need not necessarily put funding behind

15   it, even though those entities are probably under-bud-

16   geted seriously already, but that's somewhat of another

17   issue.

18         And I think once you challenge them or require

19   them to do that you will get something.  And the next

20   step would be to figure out whether you did enough.

21   And, if not, then you could put another piece of legis-

22   lation forward that says "we need more and we need it

23   better."  So that would be my recommendation.

24         SENATOR HILL:  Okay.

25         I don't have any further questions or any com-

1    ments.

2         Senator Richards?

3         We'll go for a final round of three minutes.

4    ----------------------------------------------------------

         QUESTIONS BY SENATORS (2ND ROUND)

5    ----------------------------------------------------------

6         SENATOR RICHARDS:  Okay.  Thank you, Mr. Chair.

7    I was just going to say I only need two, but since you

8    gave me three, I'll take that.

9         And let me be clear and succinct, and I think

10   that both Mr. Emanuel and Mr. Tyson has some grasp of

11   what it is I was trying to get across.

12        And my point is is that I have no intention of

13   allowing my amendment to be the vehicle for the legisla-

14   tion not to pass; that's number one.

15        My second point is that, it is my impression from

16   where I sit, given my experience, that if we're going to

17   add a new holiday, it'll be nice to look at what holiday

18   we want to take off, because as legislators, we are in

19   fact responsible for some controlling of the purse

20   strings of the territory.

21        Thirdly -- and so well-spoken by Mr. Tyson --

22   "what does it mean to be transferred?"  It was not my

23   intention to have a discussion or to begin an argument

24   relative to which one is more important.

25        But on 1878 of October 1st was the only day, one

1    time a year, that freed slaves could ask to be trans-

2    ferred from one plantation to another.  That's the ori-

3    ginal "transfer day."

4         And so that, if we look at our historical per-

5    spective -- I don't know, Mr. Emanuel, I see Dr. Moore-

6    head back there, but you probably had this book after

7    his time.  But when you and I got educated under the

8    ways of catechism in a Catholic School, fortunately for

9    us we had Virgin Islands History.  What the book had

10   name?  "St. Croix Under Seven Flags."

11        THE TIMEKEEPER:  1 minute.

12        MR. EMANUEL:  Mr. Chair?

13        SENATOR RICHARDS:  No, the question is you, but

14   my time ain't up yet.

15        MR. EMANUEL:  Okay.

16        Yes, the Chairman had discussed that earlier.  It

17   is the "St. Croix Under Seven Flags."

18        SENATOR RICHARDS:  And that's the book there?

19        MR. EMANUEL:  Yeah.

20        SENATOR RICHARDS:  'Cause we had that book in St.

21   Joseph.  But I missed all of that, I probably been on

22   the plane.

23        But my point was, is that ah -- that's a shame,

24   within a private school setting and you didn't self had

25   a sort of -- irrespective of what the author was; what

1    the content -- at least an introductory education in a

2    public school system relative to Virgin Islands History.

3          And so, with that said, Mr. Chair -- and pardon

4    me for being redundant and repetitive, I didn't know if

5    you had made mention of the book, but I'm sure that it's

6    before Dr. Moorehead now, because he's a little younger

7    than those of us who are in the world.

8          But, I do want to say that Senator Nelson should

9    not have no fear of what I'm bringing as an amendment

10    because --

11          THE TIMEKEEPER:  Time.

12          SENATOR RICHARDS:  Mr. Chair, if I could com-

13    plete?

14          SENATOR HILL:  Yes.

15          SENATOR RICHARDS:  -- if the Governor veto it for

16    the pretext of that we're committing a certain amount of

17    funds for this one holiday, however much money it takes

18    government employees to be home that day, then we would

19    have already preempted that position and have a real

20    reason to override.  So that's my sole concern.

21          And thank you, Mr. Chair.

22          SENATOR W. JAMES:  Thank you, Senator Richards.

23          And I'd just like to clarify a little bit:

24          George Tyson did characterize my sentiments at

25    the last Transfer Day -- the last Transfer Day event

1       when I gave the speech correctly.

2             The point I was trying to make was this:

3             Should we as a people be looking forward to the

4       100th Anniversary of Transfer?  Or should we be looking

5       forward as a people to the first anniversary of indepen-

6       dence?  That was the statement I put onto the record,

7       because I think that we too had founding fathers.  And

8       our founding fathers may not have agreed with the notion

9       of being transferred from Denmark to America.

10            When Buddhoe did what we did in 1848 to fight for

11      freedom, he may have meant "freedom," period.  And when

12      the queens burned the island in 1848 -- 1878, excuse me

13      -- they may not have meant let's burn it to hurt the

14      Danes so that we can go back under them when the sugar

15      cane grows back, they may have meant let's burn it down

16      period.

17            And so we as their descendants have to ask that

18      question.  And I think that we as former Danes, that are

19      now Americans, within an African and an Afro-Caribbean

20      context, have to think based on the things that we got

21      from America.  I mean, we got things from the Danes.

22      They got connections to our ancestors, and they have

23      these wonderful records that we can now utilize and all

24      of that.  Every flag had its impact, good and bad.

25            But one of the things that we got from America

1    was the concept of freedom of thought; freedom of ex-

2    pression; freedom of ideas.  And it would be un-American

3    of us to -- I mean, hey we were transferred so we became

4    part Americans.  And part of becoming Americans was this

5    idea of questioning the questions.  I mean, questioning

6    the questions.  And we need to ask, we need to ask, what

7    was this all about?  And what are we to derive from it?

8         And, yes, I think that we should celebrate Trans-

9    fer Day because we need to remember what we are.  But we

10   also need to ask where are we supposed to be going, and

11   let us decide that for ourselves.

12        And that was the purpose for that comment, as to

13   whether we should be celebrating the 100 Anniversary.

14   I'm looking forward to it, and I think we should.  But

15   should we also be thinking about celebrating the first

16   say of independence so that we can be who we are sup-

17   posed to be.

18        Mr. Emanuel, yes?

19        MR. EMANUEL:  Mr. Chair, what you just said about

20   the motives of Queen Mary reminded me of some research

21   that I uncovered back in 1979, and your sentiments are

22   correct.  The Governor at the time, Governor August

23   Garde when he saw what happened on St. Croix, he didn't

24   feel they just wanted to just burn down and go back

25   under the Danes.  They wanted to have independence.

 1          And those statements are in the official record

 2     in Denmark.  So our ancestors really were looking to

 3     take over this island and run it themselves.  So I asso-

 4     ciate myself with those remarks.

 5          SENATOR W. JAMES:  Now, I missed a little bit.

 6     Mr. President, we have begun the second round of three

 7     minutes.

 8          SENATOR HILL:  Yes, Senator Richards was first.

 9          SENATOR W. JAMES:  Okay.  I think Senator Nelson

10     is next and then Senator O'Reilly.

11          Senator Nelson, you're recognized for three

12     minutes.

13          SENATOR NELSON:  Thank you very much, Mr. Chair.

14          I can't say how much, and I'm quite certain the

15     listening audience, those present and those over the

16     media, can appreciate the discussion we're having today.

17          And what you just mentioned, Mr. Chair, is some-

18     thing I've often wondered, particularly when I hear cer-

19     tain discussions being -- taking place, that they stop

20     shy of talking about independence.

21          And that's where I feel that the native argument

22     that you make is not a conclusive argument.  'Cause if

23     you're going to want certain freedom and rights, you

24     have to be truly a self-governing; and right now we're

25     not.

1          So that word "independence," is something that we

2     really need to start to let, you know, circulate within

3     our consciousness to realize where it is we really want

4     to go.  And that's a very big statement being made.

5          And there are many in the territory who are quite

6     comfortable with our current designation as a modern day

7     colony, but some of us are not.

8          There are many who feel that we can't do without

9     being under the American flagship, but some of us are

10    not.

11         I'll remind you that HOVENSA over there on the

12    south shore contributes about $1 billion to the U.S.

13    Treasury annually, $1 billion-plus dollars annually.  We

14    get none of it.  I don't think that entity is going

15    anywhere any time soon.

16         I know that we can't convince our people -- we

17    can't talk about independence yet, because we need to

18    first of all, run our government more efficiently as it

19    is.  So that's the first course of action so that our

20    people can have the confidence that we can go to the

21    next step.  So that's where I am with that.

22         As we noticed, most of the other Caribbean is-

23    lands around us are in fact sovereign nations.  I want

24    to inform you all that when I went to Barbados two years

25    ago --

1          THE TIMEKEEPER:  1 minute.

2          SENATOR NELSON:  -- to a Caribbean meeting, a

3     meeting of Caribbean leaders, they told me that they

4     continue -- they met with the then President George Bush

5     on about two - three occasions, and they requested that

6     Virgin Islands representatives be at the table.

7          And the President at the time, George Bush, tell

8     them "the Virgin Islands is not a sovereign nation; they

9     belong to us; we speak for them."

10          So we need to think about our status.  That is

11     why when you all talking about the Constitution and you

12     don't want to talk about status, I have a problem with

13     it.  That mean we fluffing around, because we still have

14     to rely on them to okay us -- the oppressors.

15          Understand who America is.  Understand that the

16     people that bought us from Denmark are the same pluto-

17     cracy, the plantation owners who had become wealthier

18     than the kings and queens of Denmark; understand that.

19     That they are who broke off all the old world folks --

20     and they had attained so much wealth from slavery, that

21     they were able to now purchase --

22          THE TIMEKEEPER:  Time.

23          SENATOR NELSON:  -- the once enslaved Africans,

24     purchase us as a country.  So we have big things to talk

25     about.

1          So, I just want to encourage my colleagues.  I

2    think this is a step, and it's a big step.  It's a big

3    platform to step off on to name this day.

4          And I'm asking for support for the Bill.  We will

5    make some immediate amendments, but I think that we can

6    collectively come up with something that is representa-

7    tive of what we want.

8          And I appreciate what was said that, when we pass

9    legislation, we just set parameters.  The tilling hap-

10   pens with people who are tasked with actually carrying

11   it out.  The Legislature does not do that.

12         So I wouldn't -- any legislation that I pass, is

13   never that micro that it spells out each and every de-

14   tails, because that's not how legislation works; okay?

15         So I just want to thank everybody for their par-

16   ticipation.  I want to ask my colleagues for their sup-

17   port.  And I want to thank Senator Richards for telling

18   me that I can rest a little easier.

19         And I do support the concept which he's speaking

20   of -- transfer.  And you said it good also, Mr. Tyson,

21   what we talking about when we say "transfer."  And that

22   too is a serious statement.

23         And I heard your statement that you read in Den-

24   mark.  And, Mr. Chair, I've told you about your elo-

25   quence before.  You actually was speaking about repara-

1     tion, without using the term "reparation."  And we need

2     repair, and the time is now.  Thank you very much.

3           SENATOR W. JAMES:  Thank you, Senator Nelson.

4           Well, that's called "diplomacy."  And I've been

5     going to Denmark a long time, 'cause as a boy my father

6     went to Denmark in the 1930s; my grandfather went to

7     Denmark at the beginning of the 1900s.  And I understand

8     Danish people, to some extent, and I know exactly how to

9     say what I have to say to get what I want.  And to me it

10    was the way to approach that situation.

11          We have Senator Nellie O'Reilly for her three

12    minutes, you're recognized.

13          SENATOR RIVERA-O'REILLY:  Thank you.

14          SENATOR W. JAMES:  Can Senator O'Reilly get some

15    sound on her microphone, please?  Thank you.

16          SENATOR RIVERA-O'REILLY:  Thank you, Mr. Chair-

17    man.

18          I'm way out of my league here with all the histo-

19    rians in the room.  But I wanted to clarify just to make

20    sure when I spoke earlier about engaging the private

21    sector, I wasn't at all suggesting that it become part

22    of this measure.

23          I'm more directing that comment to even ask our

24    Senators to use the influence of our office to reach out

25    to the private sector and for non profit groups to kind

1    of tap into grant monies and bring in the private sector

2    so that we can ask them to participate in some component

3    of education, whether it's happy meals, you know, essay

4    competitions or whatever.  Because it's important that

5    we do this in collaboration with the private sector as

6    well.

7              But now that Mr. Emanuel is here, and that there

8    are other people representing the Department of Educa-

9    tion here, I wanted to take the time to say that I'd

10   like to encourage the department, if it already haven't

11   done so, to compile or create a registry of notable Vir-

12   gin Islanders and Hispanic Virgin Islanders and Virgin

13   Islanders of Puerto Rican descent and their contribu-

14   tions.

15             I don't think enough is done to celebrate and

16   commemorate Hispanic Heritage Month, which is between

17   September 15th and October 15th, and it culminates with

18   the celebration of the Virgin Islands Puerto Rico

19   Friendship Day, which I see as a very political holiday.

20             And I say it's "political" -- and I've always

21   said this, because it is funded based on who is in of-

22   fice.  And sometimes you, you know, it's funded -- the

23   funding levels vary, and it has become very political in

24   nature just by virtue of the members of that committee.

25             But, be that as it may, it's the law --

1          THE TIMEKEEPER:  1 minute.

2          SENATOR RIVERA-O'REILLY:  -- so I'd like to en-

3     courage the department to compile this registry so that

4     when these holidays come up that students are enlighten-

5     ed, and that Hispanic Virgin Islanders, and, you know,

6     their contributions are also considered and highlighted.

7     And it's part of education.  We're all part of this com-

8     munity.

9          And I want to thank the testifiers.  And I want

10    to express my support for this Bill.  Thank you, Mr.

11    Chairman.

12         SENATOR W. JAMES:  Thank you, Senator O'Reilly.

13         And on that note -- yes, you have one comment?

14         MR. RICKY BROWN:  I'd just like to make just a

15    brief remark.

16         Clearly, I'm humbled by the opportunity to be

17    here, and having sit between two historians and your-

18    self.  And I've listened to all of the comments and con-

19    cerns of Senators present.

20         I just want to put on record again that I believe

21    that the Bill is overdue.  And not being familiar with

22    all the processes involved, I want to stress again on

23    the record our support.  We believe that it's very very

24    significant to the history of the people of the terri-

25    tory and in fact the Caribbean people of African ances-

1      try.

2            And again, I'm very appreciative of the opportu-

3      nity, and have learned a great deal today.  So thanks

4      again for having me here today.

5            SENATOR W. JAMES:  Thank you, man, thank you.

6      And again, I'd like to extend a special thanks to the

7      testifiers.

8            Obviously, we got started a little bit late this

9      morning because of the inclement weather and having had

10     a late night last night.  So, thanks to my colleagues

11     for coming to the meeting so that we could accomplish

12     quorum.

13           Thanks to the testifiers for their insightful

14     testimony.  And also thanks to the people who are wait-

15     ing to testify, because, you know, we all are very very

16     busy people.  And as a matter of fact, I'm always amazed

17     at how the people come to testify and spend all these

18     hours totally disrupting their days at work.  And I'm

19     sure they're going to have double work to do tomorrow

20     because of this.

21           So, it is not without much gratitude that we --

22     we -- welcome you here.  It's beyond the call of duty,

23     really.  But thanks a lot.

24           And so at this point, I'd like to ask the Ser-

25     geant-at-Arms to excuse the testifiers from the well.

1    Again, thank you for coming.

2            MR. EMANUEL:  Thank you, Mr. Chair.

3            SENATOR NELSON:  Motion?

4            SENATOR W. JAMES:  Motion, you're recognized.

5    ----------------------------------------------------------

6            MOTION ON BILL NO. 28-0010
     ----------------------------------------------------------

7            SENATOR NELSON:  Thank you, Mr. Chair.

8            Mr. Chair, I move that Bill No. 28-0010 - An Act

9    amending Title 1, Virgin Islands Code, Chapter 11, Sec-

10   tion 171 commemorating laborers on "Fireburn Day," to be

11   revered and remembered in the Virgin Islands, that it be

12   moved out of the -- passed -- approved by this Committee

13   and moved out to the Rules Committee for further consi-

14   deration or deliberation.  I so move.

15           SENATOR RIVERA-O'REILLY:  Second.

16           SENATOR NELSON:  There's a second established.

17           Roll call?

18   ----------------------------------------------------------

19           ROLL CALL ON BILL NO. 28-0010
     ----------------------------------------------------------

20           MS. HORTENSE M. ROWE:  Roll call on Bill 28-0010.

21           Senator Craig Barshinger?  Senator Barshinger,

22   absent.

23           Senator Louis Patrick Hill?

24           SENATOR HILL:  No.

25           THE CLERK:  Senator Louis Patrick Hill, no --

1    nay.

2          Senator Neville A. James?  Senator Neville A.

3    James?

4          SENATOR N. JAMES:  Not voting.

5          THE CLERK:  Not voting.

6          Senator Terrence "Positive" Nelson?

7          SENATOR NELSON:  Yes.

8          THE CLERK:  Senator Terrence "Positive" Nelson,

9    yea.

10          Senator Nereida Rivera-O'Reilly?

11          SENATOR RIVERA-O'REILLY:  Yes.

12          THE CLERK:  Senator Rivera-O'Reilly, yes.

13          Senator Michael Thurland?  Senator Michael Thur-

14    land, absent.

15          Senator Wayne James?

16          SENATOR W. JAMES:  Nay.

17          THE CLERK:  Senator Wayne James, nay.

18          Mr. Chair, 2 nays -- 2 yeas; 2 nays; 1 not voting

19    and 2 absent.

20          SENATOR W. JAMES:  The motion fails.

21          SENATOR NELSON:  Point of Order?  How is that a

22    failed?  I need that explained to me.

23          2 yeas; 2 nays; 1 not voting.  Can we get legal

24    counsel inside here?  I'm challenging the Chair.  I need

25    to know.

1    SENATOR W. JAMES:  Sergeant-at-Arms, can we ask

2    the legal counsel to come in to decide whether two

3    against two, 2 yeas; 2 nays, would constitute a failed

4    motion?

5    Legal Counsel, you're recognized.  Please state

6    your name for the record?

7    ATTORNEY PAULETTE FRAZIER ALEXIS:  Through the

8    Chair to Senator Nelson:

9    Paulette Frazier Alexis for Legal Counsel.

10   The motion fails for failure to have a majority

11   vote.  You need a majority of the members present.

12   SENATOR HILL:  Motion?

13   SENATOR W. JAMES:  Senator Hill, you're recog-

14   nized.  Motion?

15   ---------------------------------------------------------
                 SECOND MOTION ON BILL NO. 28-0010
16   ---------------------------------------------------------

17   SENATOR HILL:  Mr. Chairman, I move that Bill No.

18   28-0010 - An Act amending Title 1, Virgin Islands Code,

19   Chapter 11, Section 117 commemorating laborers on "Con-

20   tract Day" or "Fireburn" as a day to be revered and re-

21   membered in the Virgin Islands be held in the Committee

22   of Education, Youth & Culture to be amended and to be

23   placed on the agenda at the call of the Chair once the

24   amendments to the Bill are prepared and ready.  I so

25   move.

```
 1            SENATOR N. JAMES:  Second.

 2            SENATOR W. JAMES:  Roll call?

 3       ---------------------------------------------------------
                    ROLL CALL ON SECOND MOTION
 4       ---------------------------------------------------------

 5            THE CLERK:  Roll call on the amendment.

 6            Senator Craig Barshinger?  Senator Craig Barshin-

 7       ger?  Senator Barshinger, absent.

 8            Senator Louis Patrick Hill?

 9            SENATOR HILL:  Yea.

10            THE CLERK:  Senator Louis Patrick Hill, yea.

11            Senator Neville James?

12            SENATOR N. JAMES:  Yea.

13            THE CLERK:  Senator James, yea.

14            Senator Terrence "Positive" Nelson?  Senator

15       Terrence "Positive" Nelson?

16            SENATOR NELSON:  [No verbal response]

17            THE CLERK:  Senator Nereida O'Reilly?

18            SENATOR RIVERA-O'REILLY:  Yes.

19            THE CLERK:  Yea.

20            Senator Michael Thurland, absent.

21            Senator Wayne James?

22            SENATOR W. JAMES:  Yes.

23            THE CLERK:  Yea.

24            Mr. Chair, 4 yeas; 2 absent and 1 not voting.

25            SENATOR NELSON:  Mr. Chairman, can you change my
```

1    vote to "yes?"

2            THE CLERK:  Mr. Chair, 5 yeas; 2 absent.

3            SENATOR W. JAMES:  The motion carries.

4            SENATOR N. JAMES:  Point of Personal Privilege?

5            SENATOR W. JAMES:  Yes, Senator Neville James,

6    you're recognized for a Point of Personal Privilege.

7            SENATOR N. JAMES:  Thank you very much, Mr.

8    Chair.

9            Mr. Chair, I would like for you, at the appropri-

10   ate time, to -- for those who are viewing and listening

11   to put on the record what we would like to do in embel-

12   lishing the Bill that was presented before us with res-

13   pect to what you would like to make of this legislation

14   in a comprehensive manner.

15           So, at the appropriate time I'd like for you to

16   speak to that, 'cause I don't want the public to think

17   that we're actually against the Bill.  There's something

18   that we would like to do here in the committee that

19   would allow for the Bill to actually have more teeth.

20           I thank you very much, Mr. Chairman.

21           SENATOR W. JAMES:  Thank you, thank you.

22           Senator Nelson, you're recognized.

23           SENATOR NELSON:  Thank you very much, Mr. Chair.

24           Mr. Chair, I take this Point of Personal Privi-

25   lege because I see a lack of consistency amongst the

1    members of the Legislature.

2         Just yesterday we gave the Governor authorization

3    to go to borrow $90 million.  The Bill needed all kind

4    of amendments, and they passed it and said they're going

5    to amend it in Rules.

6         So I'm just showing that there's a lack of con-

7    sistency where this Body is concerned.  It's for others

8    to be able to amend Bills later, but when this Bill

9    comes, something of such significance, we want to hold

10   it and amend -- until it gets amended.

11        I've seen measures that's going to impact us for

12   30 and 40 years to come being passed on, rushed on as a

13   matter of fact, and say you're going to amend it later;

14   amend it later.  And it was much more detrimental impact

15   to the people and the Treasury of the Virgin Islands.

16        So I just wanted to put that clear on there.  I

17   don't mind it being held; it's still alive.  But I just

18   want to say that it's a lack of consistency where this

19   Body is concerned certain times, and it's going to be

20   evident to everybody whoever paid attention to these --

21   this Body, even as recent as yesterday, can see that.

22   So I just wanted that to be very clear.

23        And don't rob the people of this; don't hold it

24   back in the name of nothing.  We just need to go ahead

25   and do, because it makes a profound statement on behalf

1    of our ancestors and our legacy.

2              So, I thank you very much.

3              SENATOR W. JAMES:  Thank you, Senator Nelson.

4              I think what we should do at this point is recess

5    for a couple of minutes so people can stretch their

6    legs, and then we come in and entertain the other items

7    on the agenda.

8              It is now 10 after 1:00.  We should recess for 10

9    minutes, returning at 20 after 1:00 and by then we

10   should be able to present the new items.

11             So this Committee meeting on the Committee on

12   Education, Youth & Culture is hereby in recess for 10

13   minutes.  Thank you.

14   ---------------------------------------------------------
                  Thereupon, Reporter K. Dowling was
15       relieved by Reporter J. Samuel after the recess.
     ---------------------------------------------------------
16

17                        * * * * * *

18

19

20

21

22

23

24

25

## CERTIFICATE OF SERVICE

I, OMODARE JUPITER, an attorney admitted to practice before this Court by virtue of his position in the Office of the Federal Defender, District of the Virgin Islands, do hereby certify that Appellant's Appendix – Volume III was electronically filed with the Clerk of the Court using the CM/ECF system and that I caused an original and three (3) copies to be mailed to the Honorable Marcia Waldron, Clerk of the Court, United States Court of Appeals for the Third Circuit, 21400 U.S. Courthouse, 601 Market Street, Philadelphia, PA 19106; two (2) copies of the foregoing to be mailed to AUSA Amanda Vaughn, Office of the United States Attorney, 5500 Veterans Drive, Suite 260, Charlotte Amalie, St. Thomas, VI 00802; and one (1) copy to be hand delivered to Wayne A.G. James this 20th day of March, 2017.


OMODARE JUPITER
Federal Public Defender
1115 Strand Street
St. Croix, VI 00820
Tel (340) 773-3585
Fax (340) 773-3742
E-mail: Omodare_jupiter@fd.org
Counsel for Appellant